IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

LAYNE CHRISTENSEN COMPANY and
DR. ARUP K. SENGUPTA,

        Plaintiffs,

   v.

THE PUROLITE COMPANY,

        Defendant.

Civil Action 2:09-cv-2381 JWL/GLR

## DEFENDANT PUROLITE'S
## FIRST SET OF REQUESTS FOR ADMISSION TO LAYNE

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, Defendant Bro-Tech

Corporation, d/b/a The Purolite Company ("Purolite") hereby directs the following requests for

admissions to Plaintiff Layne Christensen Company ("Layne"). Layne must answer these

requests for admissions fully and separately, in writing, and under oath by an officer or agent of

Layne authorized to give answers on its behalf. Within the time prescribed by the Federal Rules

of Civil Procedure and the Local Rules for the United States District Court for the District of

Kansas, Layne must serve the responses to these requests for admissions at the offices of counsel

for Purolite: Fish & Richardson P.C., 601 Lexington Avenue, 52nd Floor, New York, New York

10022.

These requests shall be deemed to be continuing in nature to the final adjudication date of

these proceedings. Layne shall furnish to counsel for Purolite any additional information relating

in any way to Layne's responses that Layne acquires or becomes known to Layne immediately

after such information is acquired or becomes known.

EXHIBIT

A

## DEFINITIONS AND INSTRUCTIONS

Purolite hereby incorporates by reference the definitions and instructions set forth in Purolite's First Set of Requests for Documents served on Layne on May 17, 2010. The following definitions also apply.

1.    "Lead distributor" shall have the same meaning provided in the Purolite Agreement § 3.3, et seq.

2.    "Licensed Channels" shall have the same meaning provided in the Purolite Agreement § 3.7.

3.    "Manufacturing Specifications" shall have the same meaning as provided in the Purolite Agreement, including the steps described under Appendix A of the Purolite Agreement.

4.    "Media" shall have the same meaning provided in the Purolite Agreement.

5.    "Non-Compete Clause" refers to § 11.2 of the Purolite Agreement.

6.    "Rohm and Haas" refers to the Rohm and Haas Company, including any of its subsidiaries, and its past and present officers, directors, affiliates, brokers, agents, representatives, employees, and all persons acting directly or indirectly under its control, including any attorney.

7.    "'SolmeteX's chemistry'" shall have the same meaning provided in the Purolite Agreement § 4.4 et seq.

8.    "Water" refers generally to an aqueous liquid that may be contaminated by, for example, arsenic.

9.    To the extent a term is not defined in Purolite's Requests for Admissions but is used in any of Layne's Requests for Admissions, served on May 26, 2010, Layne shall use the

DEFENDANT PUROLITE'S                                                              2
FIRST SET OF REQUESTS FOR ADMISSIONS TO LAYNE

definition of the term that Layne had in mind when drafting Layne's Requests for Admissions.

## REQUESTS FOR ADMISSION

### REQUEST FOR ADMISSION 1:

Purolite does not make an anion exchange resin that includes particles of iron dispersed throughout a resin.

### REQUEST FOR ADMISSION 2:

Purolite does not use an anion exchange resin that includes particles of iron dispersed throughout a resin.

### REQUEST FOR ADMISSION 3:

Purolite does not sell an anion exchange resin that includes particles of iron dispersed throughout a resin.

### REQUEST FOR ADMISSION 4:

Purolite does not offer to sell an anion exchange resin that includes particles of iron dispersed throughout a resin.

### REQUEST FOR ADMISSION 5:

Purolite does not import into the United States an anion exchange resin that includes particles of iron dispersed throughout a resin.

### REQUEST FOR ADMISSION 6:

Purolite does not practice a method for synthesizing a selective adsorbent that has a salt of a metal dispersed throughout a resin.

### REQUEST FOR ADMISSION 7:

Purolite does not practice a method for synthesizing a selective adsorbent that has a ferrous salt dispersed throughout a resin.

### REQUEST FOR ADMISSION 8:

A method for synthesizing a selective adsorbent that contains dispersed particles of iron oxide in a resin existed prior to the earliest date of invention of the subject matter claimed in the Patent-in-Suit.

### REQUEST FOR ADMISSION 9:

DEFENDANT PUROLITE'S                                                           3
FIRST SET OF REQUESTS FOR ADMISSIONS TO LAYNE

A method for synthesizing a selective adsorbent that contains dispersed particles of iron oxide in a resin did not exist prior to the earliest date of invention of the subject matter claimed in the Patent-in-Suit.

**REQUEST FOR ADMISSION 10:**

An anion exchange resin that contains dispersed particles of iron in a resin existed prior to the earliest date of invention of the subject matter claimed in the Patent-in-Suit.

**REQUEST FOR ADMISSION 11:**

An anion exchange resin that contains dispersed particles of iron in a resin did not exist prior to the earliest date of invention of the subject matter claimed in the Patent-in-Suit.

**REQUEST FOR ADMISSION 12:**

Layne practices the subject matter of at least one claim of the Patent-in-Suit.

**REQUEST FOR ADMISSION 13:**

Arup K. SenGupta and Luis H. Cumbal are the sole inventors of the subject matter claimed in the Patent-in-Suit.

**REQUEST FOR ADMISSION 14:**

The "steps carried out" described in cols. 6:8 – 7:44 of the Patent-in-Suit were conducted on or prior to August 24, 2004.

**REQUEST FOR ADMISSION 15:**

The "steps carried out" described in cols. 6:8 – 7:44 of the Patent-in-Suit were conducted by at least one of the named inventors of the Patent-in-Suit on or prior to August 24, 2004.

**REQUEST FOR ADMISSION 16:**

At least one of the named inventors of the Patent-in-Suit synthesized "[a]pproximately ten different batches of HAIX-M and five different batches of HAIX-G" as described at col. 6:53-57 of the Patent-in-Suit on or prior to August 24, 2004.

**REQUEST FOR ADMISSION 17:**

At least one of the named inventors of the Patent-in-Suit performed the "synthesis of hybrid anion exchanger particles" described at col. 6:8-20 of the Patent-in-Suit on or prior to August 24, 2004.

**REQUEST FOR ADMISSION 18:**

The "laboratory tests" described at cols. 6:66-7:29 of the Patent-in-Suit were performed by at least one of the named inventors of the Patent-in-Suit on or prior to August 24, 2004.

**REQUEST FOR ADMISSION 19:**

The "fixed-bed experiments" described at col. 7:37-44 of the Patent-in-Suit were performed by at least one of the named inventors of the Patent-in-Suit on or prior to August 24, 2004.

**REQUEST FOR ADMISSION 20:**

The "steps carried out" described in cols. 6:8 – 7:44 of the Patent-in-Suit were conducted on or prior to January 21, 2004.

**REQUEST FOR ADMISSION 21:**

The "steps carried out" described in cols. 6:8 – 7:44 of the Patent-in-Suit were conducted by at least one of the named inventors of the Patent-in-Suit on or prior to January 21, 2004.

**REQUEST FOR ADMISSION 22:**

At least one of the named inventors of the Patent-in-Suit synthesized "[a]pproximately ten different batches of HAIX-M and five different batches of HAIX-G" as described at col. 6:53-57 of the Patent-in-Suit on or prior to January 21, 2004.

**REQUEST FOR ADMISSION 23:**

At least one of the named inventors of the Patent-in-Suit performed the "synthesis of hybrid anion exchanger particles" described at col. 6:8-20 of the Patent-in-Suit on or prior to January 21, 2004.

**REQUEST FOR ADMISSION 24:**

The "laboratory tests" described at cols. 6:66-7:29 of the Patent-in-Suit were performed by at least one of the named inventors of the Patent-in-Suit on or prior to January 21, 2004.

**REQUEST FOR ADMISSION 25:**

The "fixed-bed experiments" described at col. 7:37-44 of the Patent-in-Suit were performed by at least one of the named inventors of the Patent-in-Suit on or prior to January 21, 2004.

**REQUEST FOR ADMISSION 26:**

Figures 7A – 18 of the Patent-in-Suit each disclose the results of experiments conducted by at least one of the named inventors of the Patent-in-Suit on or prior to August 24, 2004.

DEFENDANT PUROLITE'S                                                                        5
FIRST SET OF REQUESTS FOR ADMISSIONS TO LAYNE

**REQUEST FOR ADMISSION 27:**

Figures 7A – 18 of the Patent-in-Suit each disclose the results of experiments conducted by at least one of the named inventors of the Patent-in-Suit on or prior to January 21, 2004.

**REQUEST FOR ADMISSION 28:**

The Patent-in-Suit, at col. 6:5-7, introduces a theoretical example.

**REQUEST FOR ADMISSION 29:**

The Patent-in-Suit, at col. 6:5-7, introduces an example that was actually performed prior to the filing date of the Patent-in-Suit.

**REQUEST FOR ADMISSION 30:**

DeMarco et al., Arsenic removal using a polymeric/inorganic hybrid sorbent, Water Research, 37 (2003), 164-176 discloses particles of iron dispersed throughout the resin.

**REQUEST FOR ADMISSION 31:**

U.S. Patent No. 5,397,477 discloses an anion exchange resin containing dispersed particles of an oxygen-containing compound of iron.

**REQUEST FOR ADMISSION 32:**

DeMarco et al., Arsenic removal using a polymeric/inorganic hybrid sorbent, Water Research, 37 (2003), 164-176 discloses a resin containing dispersed particles of iron oxide.

**REQUEST FOR ADMISSION 33:**

U.S. Patent No. 5,397,477 discloses an anion exchange resin containing particles of iron oxide dispersed throughout the resin.

**REQUEST FOR ADMISSION 34:**

U.S. Patent No. 5,397,477 discloses an anion exchange resin containing particles of an oxygen-containing compound of iron dispersed throughout the resin.

**REQUEST FOR ADMISSION 35:**

U.S. Patent No. 5,397,477 discloses an anion exchange resin anion containing dispersed particles of an oxygen-containing compound of iron.

**REQUEST FOR ADMISSION 36:**

Apart from the "Background of the Invention," the Patent-in-Suit discloses an anion

DEFENDANT PUROLITE'S                                                                              6
FIRST SET OF REQUESTS FOR ADMISSIONS TO LAYNE

exchange resin that does not contain particles of an oxygen-containing compound of iron dispersed throughout the resin.

**REQUEST FOR ADMISSION 37:**

The Patent-in-Suit claims an anion exchange resin that does not contain particles of an oxygen-containing compound of iron dispersed throughout the resin.

**REQUEST FOR ADMISSION 38:**

Apart from the "Background of the Invention," all of the anion exchange resins described in the Patent-in-Suit contain particles of an oxygen-containing compound of iron dispersed throughout the resin.

**REQUEST FOR ADMISSION 39:**

Apart from the "Background of the Invention," all of the anion exchange resins described in the Patent-in-Suit contain particles of an oxygen-containing compound of iron dispersed completely and uniformly in the resin.

**REQUEST FOR ADMISSION 40:**

The Patent-in-Suit, at col. 6:5-65, discloses a stoichiometric equivalent of potassium permanganate to resin.

**REQUEST FOR ADMISSION 41:**

The Patent-in-Suit, at col. 6:5-65, discloses a stoichiometric excess of potassium permanganate to resin.

**REQUEST FOR ADMISSION 42:**

The Patent-in-Suit, at col. 6:5-65, discloses a stoichiometric excess of resin to potassium permanganate.

**REQUEST FOR ADMISSION 43:**

Apart from the "Background of the Invention," the Patent-in-Suit does not disclose a stoichiometric excess of resin to potassium permanganate.

**REQUEST FOR ADMISSION 44:**

Apart from the "Background of the Invention," the Patent-in-Suit describes a process that does not produce a commercially acceptable ion exchange resin.

**REQUEST FOR ADMISSION 45:**

DEFENDANT PUROLITE'S                                                                    7
FIRST SET OF REQUESTS FOR ADMISSIONS TO LAYNE

Apart from the "Background of the Invention," the Patent-in-Suit describes a process that did not produce a commercially acceptable ion exchange resin as of January 2005.

**REQUEST FOR ADMISSION 46:**

Apart from the "Background of the Invention," the Patent-in-Suit does not teach how to manufacture a commercially acceptable ion exchange resin.

**REQUEST FOR ADMISSION 47:**

Apart from the "Background of the Invention," the Patent-in-Suit discloses how to manufacture an anion exchange resin that is malodorous.

**REQUEST FOR ADMISSION 48:**

Apart from the "Background of the Invention," the Patent-in-Suit discloses how to manufacture an anion exchange resin that is brittle.

**REQUEST FOR ADMISSION 49:**

In the Purolite Agreement, "SolmeteX's chemistry" is that which is described in the Manufacturing Specifications attached to the Purolite Agreement.

**REQUEST FOR ADMISSION 50:**

In the Purolite Agreement, "SolmeteX's chemistry" is the subject matter claimed in the Patent-in-Suit.

**REQUEST FOR ADMISSION 51:**

FerrIX A33E is manufactured according to the Manufacturing Specifications attached to the Purolite Agreement.

**REQUEST FOR ADMISSION 52:**

FerrIX A33E comprises iron particles partially dispersed throughout the resin.

**REQUEST FOR ADMISSION 53:**

FerrIX A33E comprises iron particles uniformly dispersed throughout the resin.

**REQUEST FOR ADMISSION 54:**

ArsenX$^{np}$ was manufactured according to the Manufacturing Specifications attached to the Purolite Agreement.

**REQUEST FOR ADMISSION 55:**

ArsenX$^{np}$ comprises iron particles partially dispersed throughout the resin.

**REQUEST FOR ADMISSION 56:**

ArsenX$^{np}$ comprises iron particles that are uniformly dispersed throughout the resin.

**REQUEST FOR ADMISSION 57:**

ArsenX$^{np}$ was manufactured through a process that uses a 1:1 stoichiometric ratio of potassium permanganate to resin.

**REQUEST FOR ADMISSION 58:**

ArsenX$^{np}$ was manufactured through a process that uses a 1:1 stoichiometric ratio of potassium permanganate to resin on a chemical equivalent basis.

**REQUEST FOR ADMISSION 59:**

ArsenX$^{np}$ was manufactured through a process that uses an excess of potassium permanganate to resin on a chemical equivalent basis.

**REQUEST FOR ADMISSION 60:**

ArsenX$^{np}$ was manufactured through a process that uses an excess of a 1:1 stoichiometric ratio of potassium permanganate to resin.

**REQUEST FOR ADMISSION 61:**

ArsenX$^{np}$ was manufactured through a process that uses an excess of a 1:1 stoichiometric ratio of resin to potassium permanganate.

**REQUEST FOR ADMISSION 62:**

ArsenX$^{np}$ was manufactured through a process that uses an excess of resin to potassium permanganate on a chemical equivalent basis.

**REQUEST FOR ADMISSION 63:**

FerrIX A33E is manufactured through a process that uses a 1:1 stoichiometric ratio of potassium permanganate to resin.

**REQUEST FOR ADMISSION 64:**

FerrIX A33E is manufactured through a process that uses a 1:1 stoichiometric ratio of

potassium permanganate to resin on a chemical equivalent basis.

**REQUEST FOR ADMISSION 65:**

FerrIX A33E is manufactured through a process that uses an excess of a 1:1 stoichiometric ratio of potassium permanganate to resin.

**REQUEST FOR ADMISSION 66:**

FerrIX A33E is manufactured through a process that uses an excess of potassium permanganate to resin on a chemical equivalent basis.

**REQUEST FOR ADMISSION 67:**

FerrIX A33E is manufactured through a process that uses an excess of a 1:1 stoichiometric ratio of resin to potassium permanganate.

**REQUEST FOR ADMISSION 68:**

FerrIX A33E is manufactured through a process that uses an excess of resin to potassium permanganate on a chemical equivalent basis.

**REQUEST FOR ADMISSION 69:**

Following the steps in the Manufacturing Specifications results in an anion exchange resin that is malodorous.

**REQUEST FOR ADMISSION 70:**

Following the steps in the Manufacturing Specifications results in an anion exchange resin that is "dark brown" in color. *See* PUR009631.

**REQUEST FOR ADMISSION 71:**

Following the steps in the Manufacturing Specifications results in an anion exchange resin that is brittle.

**REQUEST FOR ADMISSION 72:**

At least one market segment of customers identified in § 3.7 of the Purolite Agreement would not accept a malodorous anion exchange resin.

**REQUEST FOR ADMISSION 73:**

At least one market segment of customers identified in § 3.7 of the Purolite Agreement would not accept a brittle anion exchange resin.

DEFENDANT PUROLITE'S                                                           10
FIRST SET OF REQUESTS FOR ADMISSIONS TO LAYNE

**REQUEST FOR ADMISSION 74:**

At least one market segment of customers identified in § 3.7 of the Purolite Agreement would not accept a "dark brown" anion exchange resin. *See* PUR009631.

**REQUEST FOR ADMISSION 75:**

Some customers have rejected batches of ArsenX$^{np}$ due to malodor.

**REQUEST FOR ADMISSION 76:**

Some customers have rejected batches of ArsenX$^{np}$ due to brittleness.

**REQUEST FOR ADMISSION 77:**

Some customers have rejected batches of ArsenX$^{np}$ due to its "dark brown" appearance. *See* PUR009631.

**REQUEST FOR ADMISSION 78:**

When entering into the Purolite Agreement, SolmeteX believed that the Media would be acceptable for commercial sale.

**REQUEST FOR ADMISSION 79:**

After executing the Purolite Agreement, SolmeteX determined that the Media would not be acceptable for commercial sale.

**REQUEST FOR ADMISSION 80:**

After executing the Purolite Agreement, SolmeteX agreed with Purolite's assessment that the Media would not be acceptable for commercial sale.

**REQUEST FOR ADMISSION 81:**

After executing the Purolite Agreement, SolmeteX agreed to work with Purolite to modify the Media.

**REQUEST FOR ADMISSION 82:**

After executing the Purolite Agreement, SolmeteX worked with Purolite to modify the Media in order to produce a product acceptable for commercial sale.

**REQUEST FOR ADMISSION 83:**

The steps found in the Manufacturing Specifications attached to the Purolite Agreement

do not produce a commercially acceptable ion exchange resin.

**REQUEST FOR ADMISSION 84:**

Layne sought to terminate the Purolite agreement by letter on March 5, 2009.

**REQUEST FOR ADMISSION 85:**

Layne terminated the Purolite agreement by letter on March 5, 2009.

**REQUEST FOR ADMISSION 86:**

At a time after September 29, 2004 but before March 5, 2009, Layne used a third party to promote the Media in the Licensed Channels.

**REQUEST FOR ADMISSION 87:**

At a time after September 29, 2004 but before March 5, 2009, Layne used a third party to promote npRio in the Licensed Channels.

**REQUEST FOR ADMISSION 88:**

At a time after September 29, 2004 but before March 5, 2009, Layne used a third party to promote Layne R/T in the Licensed Channels.

**REQUEST FOR ADMISSION 89:**

At a time after September 29, 2004 but before March 5, 2009, Layne used a third party to promote Layne 33 in the Licensed Channels.

**REQUEST FOR ADMISSION 90:**

At a time after September 29, 2004 but before March 5, 2009, Layne used a third party to promote CR-33 in the Licensed Channels.

**REQUEST FOR ADMISSION 91:**

At a time after September 29, 2004 but before March 5, 2009, Layne used a third party to promote an anion exchange resin for the removal of arsenic from Water in the Licensed Channels.

**REQUEST FOR ADMISSION 92:**

At a time after September 29, 2004 but before March 5, 2009, Layne contacted Thermax to discuss the manufacture of npRio.

DEFENDANT PUROLITE'S                                                                    12
FIRST SET OF REQUESTS FOR ADMISSIONS TO LAYNE

**REQUEST FOR ADMISSION 93:**

At a time after September 29, 2004 but before March 5, 2009, Layne contacted Thermax to discuss the manufacture of ArsenXnp.

**REQUEST FOR ADMISSION 94:**

At a time after September 29, 2004 but before March 5, 2009, Layne contacted Thermax to discuss the manufacture of Layne R/T.

**REQUEST FOR ADMISSION 95:**

At a time after September 29, 2004 but before March 5, 2009, Layne contacted Thermax to discuss the manufacture of Layne 33.

**REQUEST FOR ADMISSION 96:**

At a time after September 29, 2004 but before March 5, 2009, Layne contacted Thermax to discuss the manufacture of CR-33.

**REQUEST FOR ADMISSION 97:**

At a time after September 29, 2004 but before March 5, 2009, Layne contacted Thermax to discuss the manufacture of an anion exchange resin for the removal of arsenic from Water.

**REQUEST FOR ADMISSION 98:**

At a time after September 29, 2004 but before March 5, 2009, Layne contacted Thermax to discuss the manufacture of an anion exchange resin that is impregnated with iron for the removal of arsenic from Water.

**REQUEST FOR ADMISSION 99:**

At a time after September 29, 2004 but before March 5, 2009, Layne contacted Dow Chemical Company to discuss the manufacture of an anion exchange resin for the removal of arsenic from Water.

**REQUEST FOR ADMISSION 100:**

At a time after September 29, 2004 but before March 5, 2009, Layne contacted Dow Chemical Company to discuss the manufacture of an anion exchange resin that is impregnated with iron for the removal of arsenic from Water.

**REQUEST FOR ADMISSION 101:**

At a time after September 29, 2004 but before March 5, 2009, Layne contacted Rohm and Haas to discuss the manufacture of an anion exchange resin for the removal of arsenic from

DEFENDANT PUROLITE'S
FIRST SET OF REQUESTS FOR ADMISSIONS TO LAYNE

Water.

**REQUEST FOR ADMISSION 102:**

At a time after September 29, 2004 but before March 5, 2009, Layne contacted Rohm and Haas to discuss the manufacture of an anion exchange resin that is impregnated with iron for the removal of arsenic from Water.

**REQUEST FOR ADMISSION 103:**

At a time after September 29, 2004 but before March 5, 2009, Layne contacted Lanxess to discuss the manufacture of an anion exchange resin for the removal of arsenic from Water.

**REQUEST FOR ADMISSION 104:**

At a time after September 29, 2004 but before March 5, 2009, Layne contacted Lanxess to discuss the manufacture of an anion exchange resin that is impregnated with iron for the removal of arsenic from Water.

**REQUEST FOR ADMISSION 105:**

At a time after September 29, 2004 but before March 5, 2009, Layne contacted MPT to discuss the manufacture of an anion exchange resin for the removal of arsenic from Water.

**REQUEST FOR ADMISSION 106:**

At a time after September 29, 2004 but before March 5, 2009, Layne contacted MPT to discuss the manufacture of an anion exchange resin that is impregnated with iron for the removal of arsenic from Water.

**REQUEST FOR ADMISSION 107:**

At a time after September 29, 2004 but before March 5, 2009, Layne contacted MPT to discuss the processing of the Media.

**REQUEST FOR ADMISSION 108:**

At a time after September 29, 2004 but before March 5, 2009, Layne contacted MPT to discuss how to impregnate a base bead with iron.

**REQUEST FOR ADMISSION 109:**

At a time after September 29, 2004 but before March 5, 2009, Layne contacted a third party to discuss the manufacture of an anion exchange resin for the removal of arsenic from Water.

DEFENDANT PUROLITE'S                                                           14
FIRST SET OF REQUESTS FOR ADMISSIONS TO LAYNE

**REQUEST FOR ADMISSION 110:**

At a time after September 29, 2004 but before March 5, 2009, Layne contacted a third party to discuss the manufacture of an anion exchange resin that is impregnated with iron for the removal of arsenic from Water.

**REQUEST FOR ADMISSION 111:**

At a time after September 29, 2004 but before March 5, 2009, Layne contacted Thermax to discuss the manufacture of a substrate for the Media.

**REQUEST FOR ADMISSION 112:**

At a time after September 29, 2004 but before March 5, 2009, Layne contacted Dow Chemical Company to discuss the manufacture of a substrate for the Media.

**REQUEST FOR ADMISSION 113:**

At a time after September 29, 2004 but before March 5, 2009, Layne contacted Rohm and Haas to discuss the manufacture of a substrate for the Media.

**REQUEST FOR ADMISSION 114:**

At a time after September 29, 2004 but before March 5, 2009, Layne contacted Lanxess to discuss the manufacture of a substrate for the Media.

**REQUEST FOR ADMISSION 115:**

At a time after September 29, 2004 but before March 5, 2009, Layne contacted a third party to discuss the manufacture of a substrate for the Media.

**REQUEST FOR ADMISSION 116:**

At a time after September 29, 2004 but before March 5, 2009, Layne used a third party to promote an ion exchange resin for the removal of arsenic from Water in the Licensed Channels.

**REQUEST FOR ADMISSION 117:**

At a time after September 29, 2004 but before March 5, 2009, Layne contacted Thermax to discuss the manufacture of an ion exchange resin for the removal of arsenic from Water.

**REQUEST FOR ADMISSION 118:**

At a time after September 29, 2004 but before March 5, 2009, Layne contacted Thermax to discuss the manufacture of an ion exchange resin.

DEFENDANT PUROLITE'S                                                                 15
FIRST SET OF REQUESTS FOR ADMISSIONS TO LAYNE

**REQUEST FOR ADMISSION 119:**

npRio and ArsenX$^{np}$ were competitive products in at least one of the Licensed Channels.

**REQUEST FOR ADMISSION 120:**

npRio was designed to solve the same problem as ArsenX$^{np}$ in at least one of the Licensed Channels.

**REQUEST FOR ADMISSION 121:**

npRio solved the same problem as ArsenX$^{np}$ in at least one of the Licensed Channels.

**REQUEST FOR ADMISSION 122:**

A customer using ArsenX$^{np}$ could interchange the ArsenX$^{np}$ for npRio in at least one of the Licensed Channels.

**REQUEST FOR ADMISSION 123:**

npRio is an ion exchange resin designed to remove arsenic from Water.

**REQUEST FOR ADMISSION 124:**

npRio is an ion exchange resin that removes arsenic from Water.

**REQUEST FOR ADMISSION 125:**

npRio is an ion exchange resin impregnated with iron that is designed to remove arsenic from Water.

**REQUEST FOR ADMISSION 126:**

npRio is an ion exchange resin impregnated with iron that removes arsenic from Water.

**REQUEST FOR ADMISSION 127:**

CR-33 and ArsenX$^{np}$ were competitive products in at least one of the Licensed Channels.

**REQUEST FOR ADMISSION 128:**

CR-33 was designed to solve the same problem as ArsenX$^{np}$ in at least one of the Licensed Channels.

**REQUEST FOR ADMISSION 129:**

CR-33 solved the same problem as ArsenX$^{np}$ in at least one of the Licensed Channels.

**REQUEST FOR ADMISSION 130:**

A customer using ArsenX$^{np}$ could interchange the ArsenX$^{np}$ for CR-33 in at least one of the Licensed Channels.

**REQUEST FOR ADMISSION 131:**

CR-33 is an ion exchange resin designed to remove arsenic from Water.

**REQUEST FOR ADMISSION 132:**

CR-33 is an ion exchange resin that removes arsenic from Water.

**REQUEST FOR ADMISSION 133:**

CR-33 is an ion exchange resin impregnated with iron that is designed to remove arsenic from Water.

**REQUEST FOR ADMISSION 134:**

CR-33 is an ion exchange resin impregnated with iron that removes arsenic from Water.

**REQUEST FOR ADMISSION 135:**

Layne 33 and ArsenX$^{np}$ were competitive products in at least one of the Licensed Channels.

**REQUEST FOR ADMISSION 136:**

Layne 33 was designed to solve the same problem as ArsenX$^{np}$ in at least one of the Licensed Channels.

**REQUEST FOR ADMISSION 137:**

Layne 33 solved the same problem as ArsenX$^{np}$ in at least one of the Licensed Channels.

**REQUEST FOR ADMISSION 138:**

A customer using ArsenX$^{np}$ could interchange the ArsenX$^{np}$ for Layne 33 in at least one of the Licensed Channels.

**REQUEST FOR ADMISSION 139:**

Layne 33 is an ion exchange resin designed to remove arsenic from Water.

DEFENDANT PUROLITE'S
FIRST SET OF REQUESTS FOR ADMISSIONS TO LAYNE

**REQUEST FOR ADMISSION 140:**

Layne 33 is an ion exchange resin that removes arsenic from Water.

**REQUEST FOR ADMISSION 141:**

Layne 33 is an ion exchange resin impregnated with iron that is designed to remove arsenic from Water.

**REQUEST FOR ADMISSION 142:**

Layne 33 is an ion exchange resin impregnated with iron that removes arsenic from Water.

**REQUEST FOR ADMISSION 143:**

Layne R/T and ArsenX$^{np}$ were competitive products in at least one of the Licensed Channels.

**REQUEST FOR ADMISSION 144:**

Layne R/T was designed to solve the same problem as ArsenX$^{np}$ in at least one of the Licensed Channels.

**REQUEST FOR ADMISSION 145:**

Layne R/T solved the same problem as ArsenX$^{np}$ in at least one of the Licensed Channels.

**REQUEST FOR ADMISSION 146:**

A customer using ArsenX$^{np}$ could interchange the ArsenX$^{np}$ for Layne R/T in at least one of the Licensed Channels.

**REQUEST FOR ADMISSION 147:**

Layne R/T is an ion exchange resin designed to remove arsenic from Water.

**REQUEST FOR ADMISSION 148:**

Layne R/T is an ion exchange resin that removes arsenic from Water.

**REQUEST FOR ADMISSION 149:**

Layne R/T is an ion exchange resin impregnated with iron that is designed to remove arsenic from Water.

DEFENDANT PUROLITE'S                                                        18
FIRST SET OF REQUESTS FOR ADMISSIONS TO LAYNE

**REQUEST FOR ADMISSION 150:**

Layne R/T is an ion exchange resin impregnated with iron that removes arsenic from Water.

**REQUEST FOR ADMISSION 151:**

At a time after September 29, 2004 but before March 5, 2009, Layne competed directly with Purolite for the same customers.

**REQUEST FOR ADMISSION 152:**

At a time after September 29, 2004 but before March 5, 2009, Layne did not use its best efforts to avoid competing directly with Purolite for the same customers.

**REQUEST FOR ADMISSION 153:**

At all times after September 29, 2004 but before March 5, 2009, Layne used its best efforts to avoid competing directly with Purolite for the same customers.

**REQUEST FOR ADMISSION 154:**

At a time after September 29, 2004 but before March 5, 2009, Layne used some efforts to avoid competing directly with Purolite for the same customers.

**REQUEST FOR ADMISSION 155:**

At a time after September 29, 2004 but before July 31, 2008, Layne used a third party to promote the Media in the Licensed Channels.

**REQUEST FOR ADMISSION 156:**

At a time after September 29, 2004 but before July 31, 2008, Layne used a third party to promote npRio in the Licensed Channels.

**REQUEST FOR ADMISSION 157:**

At a time after September 29, 2004 but before July 31, 2008, Layne used a third party to promote Layne R/T in the Licensed Channels.

**REQUEST FOR ADMISSION 158:**

At a time after September 29, 2004 but before July 31, 2008, Layne used a third party to promote Layne 33 in the Licensed Channels.

**REQUEST FOR ADMISSION 159:**

DEFENDANT PUROLITE'S                                                          19
FIRST SET OF REQUESTS FOR ADMISSIONS TO LAYNE

At a time after September 29, 2004 but before July 31, 2008, Layne used a third party to promote CR-33 in the Licensed Channels.

**REQUEST FOR ADMISSION 160:**

At a time after September 29, 2004 but before July 31, 2008, Layne used a third party to promote an anion exchange resin for the removal of arsenic from Water in the Licensed Channels.

**REQUEST FOR ADMISSION 161:**

At a time after September 29, 2004 but before July 31, 2008, Layne contacted Thermax to discuss the manufacture of npRio.

**REQUEST FOR ADMISSION 162:**

At a time after September 29, 2004 but before July 31, 2008, Layne contacted Thermax to discuss the manufacture of an anion exchange resin for the removal of arsenic from Water.

**REQUEST FOR ADMISSION 163:**

At a time after September 29, 2004 but before July 31, 2008, Layne competed directly with Purolite for the same customers.

**REQUEST FOR ADMISSION 164:**

At a time after September 29, 2004 but before July 31, 2008, Layne used its best efforts to avoid competing directly with Purolite for the same customers.

**REQUEST FOR ADMISSION 165:**

At a time after September 29, 2004 but before July 31, 2008, Layne used some efforts to avoid competing directly with Purolite for the same customers.

**REQUEST FOR ADMISSION 166:**

At a time after September 29, 2004 but before July 31, 2008, Layne did not use its best efforts to avoid competing directly with Purolite for the same customers.

**REQUEST FOR ADMISSION 167:**

Layne suspected that ResinTech infringed the Patent-in-Suit.

**REQUEST FOR ADMISSION 168:**

Layne suspected that Lanxess infringed the Patent-in-Suit.

DEFENDANT PUROLITE'S                                                      20
FIRST SET OF REQUESTS FOR ADMISSIONS TO LAYNE

**REQUEST FOR ADMISSION 169:**

Layne determined that ResinTech did not infringe the Patent-in-Suit.

**REQUEST FOR ADMISSION 170:**

Layne determined that Lanxess did not infringe the Patent-in-Suit.

**REQUEST FOR ADMISSION 171:**

Layne decided not to sue ResinTech for infringement of the Patent-in-Suit based on a communication from ResinTech.

**REQUEST FOR ADMISSION 172:**

Layne decided not to sue Lanxess for infringement of the Patent-in-Suit based on a communication from Lanxess.

**REQUEST FOR ADMISSION 173:**

Layne promoted npRio at a time after September 29, 2004 but before March 5, 2009.

**REQUEST FOR ADMISSION 174:**

Layne promoted npRio at a time after September 29, 2004 but before July 31, 2008.

**REQUEST FOR ADMISSION 175:**

Layne promoted Layne R/T at a time after September 29, 2004 but before March 5, 2009.

**REQUEST FOR ADMISSION 176:**

Layne promoted Layne R/T at a time after September 29, 2004 but before July 31, 2008.

**REQUEST FOR ADMISSION 177:**

Layne promoted Layne 33 at a time after September 29, 2004 but before March 5, 2009.

**REQUEST FOR ADMISSION 178:**

Layne promoted Layne 33 at a time after September 29, 2004 but before July 31, 2008.

**REQUEST FOR ADMISSION 179:**

Layne promoted CR-33 at a time after September 29, 2004 but before March 5, 2009.

DEFENDANT PUROLITE'S                                                                       21
FIRST SET OF REQUESTS FOR ADMISSIONS TO LAYNE

**REQUEST FOR ADMISSION 180:**

Layne promoted CR-33 at a time after September 29, 2004 but before July 31, 2008.

**REQUEST FOR ADMISSION 181:**

Layne formed the Compliant Water company at a time after September 29, 2004 but before March 5, 2009.

**REQUEST FOR ADMISSION 182:**

Layne formed the Compliant Water company at a time after September 29, 2004 but before July 31, 2008.

**REQUEST FOR ADMISSION 183:**

The Manufacturing Specifications require at least a 1:1 stoichiometric ratio of potassium permanganate to resin.

**REQUEST FOR ADMISSION 184:**

The Manufacturing Specifications require at least a 1:1 stoichiometric ratio of potassium permanganate to resin on a chemical equivalent basis.

**REQUEST FOR ADMISSION 185:**

Purolite sold ArsenX$^{np}$ to Layne.

**REQUEST FOR ADMISSION 186:**

Purolite sold ArsenX$^{np}$ to Layne, for which Layne has not yet compensated Purolite.

**REQUEST FOR ADMISSION 187:**

Purolite sold ArsenX$^{np}$ to Layne, for which Layne has not yet compensated Purolite, and the total invoiced amount of those sales is in excess of $53,800.

**REQUEST FOR ADMISSION 188:**

Purolite contracted for the lead distributor role in the Purolite Agreement.

**REQUEST FOR ADMISSION 189:**

Purolite would be harmed by not being the lead distributor if Layne introduced a competing anion exchange resin for the removal of arsenic from Water.

DEFENDANT PUROLITE'S                                                      22
FIRST SET OF REQUESTS FOR ADMISSIONS TO LAYNE

**REQUEST FOR ADMISSION 190:**

Losing the lead distributor role could be recompensed with money or re-establishing Purolite as the lead distributor.

**REQUEST FOR ADMISSION 191:**

Layne would not suffer any injury under the Purolite Agreement if it abstained from introducing a competing anion exchange resin for the removal of arsenic from Water.

**REQUEST FOR ADMISSION 192:**

Layne intends to stop competing directly for the same customers as Purolite.

**REQUEST FOR ADMISSION 193:**

Layne intends to allow Purolite to be the lead distributor of ArsenX$^{np}$.

**REQUEST FOR ADMISSION 194:**

Layne intends to allow Purolite to be the lead distributor of the Media.

**REQUEST FOR ADMISSION 195:**

Layne promoted npRio in good faith.

**REQUEST FOR ADMISSION 196:**

A resin with iron particles dispersed throughout is a resin that was synthesized with at least a 1:1 stoichiometric ratio of potassium permanganate to resin.

**REQUEST FOR ADMISSION 197:**

A resin with iron particles dispersed throughout is a resin that was synthesized with at least a 1:1 stoichiometric ratio of potassium permanganate to resin on a chemical equivalent basis.

**REQUEST FOR ADMISSION 198:**

A resin that was synthesized with less than a 1:1 stoichiometric ratio of potassium permanganate to resin does not have iron particles dispersed throughout the resin.

**REQUEST FOR ADMISSION 199:**

A resin that was synthesized with less than a 1:1 stoichiometric ratio of potassium permanganate to resin on a chemical equivalent basis does not have iron particles dispersed

DEFENDANT PUROLITE'S                                                                  23
FIRST SET OF REQUESTS FOR ADMISSIONS TO LAYNE

throughout the resin.

**REQUEST FOR ADMISSION 200:**

A resin that was synthesized with a sub-stoichiometric ratio of potassium permanganate to resin on a chemical equivalent basis does not have iron particles dispersed throughout the resin.

**REQUEST FOR ADMISSION 201:**

The Non-Compete Clause precludes Purolite from selling FerrIX A33E.

**REQUEST FOR ADMISSION 202:**

The Non-Compete Clause does not preclude Purolite from selling FerrIX A33E.

**REQUEST FOR ADMISSION 203:**

The Non-Compete Clause is limited to products that use Intellectual Property resulting from Purolite's activities under the Purolite Agreement.

**REQUEST FOR ADMISSION 204:**

According to the Manufacturing Specifications, the Media requires at least a 1:1 stoichiometric ratio of potassium permanganate to resin.

**REQUEST FOR ADMISSION 205:**

According to the Manufacturing Specifications, the Media requires at least a 1:1 stoichiometric ratio of potassium permanganate to resin on a chemical equivalent basis.

**REQUEST FOR ADMISSION 206:**

FerrIX A33E is not the Media.

**REQUEST FOR ADMISSION 207:**

Purolite cannot manufacture or sell FerrIX A33E because it is "substantially similar to, or competitive with, the Media." (Purolite Agreement § 11.2.)

**REQUEST FOR ADMISSION 208:**

FerrIX A33E is not "substantially similar to, or competitive with, the Media." (Purolite Agreement § 11.2.)

**REQUEST FOR ADMISSION 209:**

DEFENDANT PUROLITE'S                                      24
FIRST SET OF REQUESTS FOR ADMISSIONS TO LAYNE

The Non-Compete Clause in the Purolite Agreement has no temporal limit.

**REQUEST FOR ADMISSION 210:**

The clause "Purolite agrees not to directly or indirectly use any Intellectual Property resulting from its activities under this Agreement to directly or indirectly manufacture, sell, supply or use any products or media substantially similar to, or competitive with, the Media (excluding any existing product already manufactured by Purolite as of the date of this Agreement) or other products of SolmeteX" (Purolite Agreement § 11.2) is not limited in time.

**REQUEST FOR ADMISSION 211:**

The clause "Purolite agrees not to directly or indirectly use any Intellectual Property resulting from its activities under this Agreement to directly or indirectly manufacture, sell, supply or use any products or media substantially similar to, or competitive with, the Media (excluding any existing product already manufactured by Purolite as of the date of this Agreement) or other products of SolmeteX" (Purolite Agreement § 11.2) is not limited in geographic scope.

**REQUEST FOR ADMISSION 212:**

Section 11 of the Purolite Agreement is not enumerated as a section that survives termination or expiration.  (Purolite Agreement § 8.4.)

**REQUEST FOR ADMISSION 213:**

The Patent-in-Suit describes the method of claim 1 using every "anionic oxidant" known as of January 21, 2004.

**REQUEST FOR ADMISSION 214:**

The Patent-in-Suit describes the method of claim 1 using every "solution of a salt of metal" known as of January 21, 2004.

**REQUEST FOR ADMISSION 215:**

The Patent-in-Suit describes the method of claim 1 using every "material that exhibits anion exchange behavior" known as of January 21, 2004.

**REQUEST FOR ADMISSION 216:**

The method of claim 1 of the Patent-in-Suit is operable using  any "anionic oxidant."

**REQUEST FOR ADMISSION 217:**

The method of claim 1 of the Patent-in-Suit is operable using any "solution of a salt of a metal" (*e.g.*, lithium salts, sodium salts, magnesium salts, aluminum salts, calcium salts,

DEFENDANT PUROLITE'S                                                                 25
FIRST SET OF REQUESTS FOR ADMISSIONS TO LAYNE

chromium salts, iron salts, tin salts, copper salts, silver salts, etc.)

**REQUEST FOR ADMISSION 218:**

The method of claim 1 of the Patent-in-Suit is operable using any "material that exhibits anion exchange behavior."

**REQUEST FOR ADMISSION 219:**

The method of claim 1 of the Patent-in-Suit is operable using any combination of an "anionic oxidant" and a "solution of a salt of a metal."

**REQUEST FOR ADMISSION 220:**

The method of claim 1 of the Patent-in-Suit is operable using any combination of an "anionic oxidant," a "solution of a salt of a metal" and a "material that exhibits anion exchange behavior."

**REQUEST FOR ADMISSION 221:**

The method of claim 1 of the Patent-in-Suit produces a selective adsorbent capable of exchanging anions using any "anionic oxidant."

**REQUEST FOR ADMISSION 222:**

The method of claim 1 of the Patent-in-Suit produces a selective adsorbent capable of exchanging anions using any "solution of a salt of a metal."

**REQUEST FOR ADMISSION 223:**

The method of claim 1 of the Patent-in-Suit produces a selective adsorbent capable of exchanging anions using any "material that exhibits anion exchange behavior."

**REQUEST FOR ADMISSION 224:**

The method of claim 1 of the Patent-in-Suit produces a selective adsorbent capable of exchanging anions using any combination of an "anionic oxidant" and a "solution of a salt of a metal."

**REQUEST FOR ADMISSION 225:**

The method of claim 1 of the Patent-in-Suit produces a selective adsorbent capable of exchanging anions using any combination of an "anionic oxidant," a "solution of a salt of a metal" and a "material that exhibits anion exchange behavior."

**REQUEST FOR ADMISSION 226:**

DEFENDANT PUROLITE'S                                                                                    26
FIRST SET OF REQUESTS FOR ADMISSIONS TO LAYNE

Claim 1 of the Patent-in-Suit is entitled to a priority date of January 21, 2004.

**REQUEST FOR ADMISSION 227:**

Claim 2 of the Patent-in-Suit is entitled to a priority date of January 21, 2004.

**REQUEST FOR ADMISSION 228:**

Claim 3 of the Patent-in-Suit is entitled to a priority date of January 21, 2004.

**REQUEST FOR ADMISSION 229:**

Claim 4 of the Patent-in-Suit is entitled to a priority date of January 21, 2004.

**REQUEST FOR ADMISSION 230:**

Claim 5 of the Patent-in-Suit is entitled to a priority date of January 21, 2004.

**REQUEST FOR ADMISSION 231:**

Claim 6 of the Patent-in-Suit is entitled to a priority date of January 21, 2004.

**REQUEST FOR ADMISSION 232:**

Claim 7 of the Patent-in-Suit is entitled to a priority date of January 21, 2004.

**REQUEST FOR ADMISSION 233:**

Claim 8 of the Patent-in-Suit is entitled to a priority date of January 21, 2004.

**REQUEST FOR ADMISSION 234:**

Claim 10 of the Patent-in-Suit is entitled to a priority date of January 21, 2004.

**REQUEST FOR ADMISSION 235:**

Claim 11 of the Patent-in-Suit is entitled to a priority date of January 21, 2004.

**REQUEST FOR ADMISSION 236:**

Claim 12 of the Patent-in-Suit is entitled to a priority date of January 21, 2004.

**REQUEST FOR ADMISSION 237:**

Claim 13 of the Patent-in-Suit is entitled to a priority date of January 21, 2004.

DEFENDANT PUROLITE'S                                              27
FIRST SET OF REQUESTS FOR ADMISSIONS TO LAYNE

**REQUEST FOR ADMISSION 238:**

Claim 14 of the Patent-in-Suit is entitled to a priority date of January 21, 2004.

**REQUEST FOR ADMISSION 239:**

Claim 15 of the Patent-in-Suit is entitled to a priority date of January 21, 2004.

**REQUEST FOR ADMISSION 240:**

Claim 1 of the Patent-in-Suit claims, among other things, a method using any "anionic oxidant."

**REQUEST FOR ADMISSION 241:**

Claim 1 of the Patent-in-Suit claims, among other things, a method using any "solution of a salt of metal."

**REQUEST FOR ADMISSION 242:**

Claim 1 of the Patent-in-Suit claims, among other things, a method using any "material that exhibits anion exchange behavior."

**REQUEST FOR ADMISSION 243:**

Claim 1 of the Patent-in-Suit claims, among other things, a method using any "anionic oxidant."

**REQUEST FOR ADMISSION 244:**

Claim 1 of the Patent-in-Suit claims, among other things, a method using any "solution of a salt of a metal" (*e.g.*, lithium salts, sodium salts, magnesium salts, aluminum salts, calcium salts, chromium salts, iron salts, tin salts, copper salts, silver salts, etc.)

**REQUEST FOR ADMISSION 245:**

Claim 1 of the Patent-in-Suit claims, among other things, a method using any combination of an "anionic oxidant" and a "solution of a salt of a metal."

**REQUEST FOR ADMISSION 246:**

Claim 1 of the Patent-in-Suit claims, among other things, a method using any combination of an "anionic oxidant," a "solution of a salt of a metal" and a "material that exhibits anion exchange behavior."

**REQUEST FOR ADMISSION 247:**

DEFENDANT PUROLITE'S                                                              28
FIRST SET OF REQUESTS FOR ADMISSIONS TO LAYNE

Claim 1 of the Patent-in-Suit claims, among other things, a method for producing a selective adsorbent capable of exchanging anions using any "anionic oxidant."

**REQUEST FOR ADMISSION 248:**

Claim 1 of the Patent-in-Suit claims, among other things, a method for producing a selective adsorbent capable of exchanging anions using any "solution of a salt of a metal."

**REQUEST FOR ADMISSION 249:**

Claim 1 of the Patent-in-Suit claims, among other things, a method for producing a selective adsorbent capable of exchanging anions using any "material that exhibits anion exchange behavior."

**REQUEST FOR ADMISSION 250:**

Claim 1 of the Patent-in-Suit claims, among other things, a method for producing a selective adsorbent capable of exchanging anions using any combination of an "anionic oxidant" and a "solution of a salt of a metal."

**REQUEST FOR ADMISSION 251:**

Claim 1 of the Patent-in-Suit claims, among other things, a method for producing a selective adsorbent capable of exchanging anions using any combination of an "anionic oxidant," a "solution of a salt of a metal" and a "material that exhibits anion exchange behavior."

**REQUEST FOR ADMISSION 252:**

Purolite was the exclusive manufacturer and supplier of the Media. (Purolite Agreement § 1.1)

**REQUEST FOR ADMISSION 253:**

Notwithstanding Purolite's role as the exclusive manufacturer and supplier of the Media (Purolite Agreement § 1.1), SolmeteX could employ third parties to manufacture an ion exchange resin impregnated with iron for the removal of arsenic from Water so long as the third party did not use Purolite's A-500P bead.

**REQUEST FOR ADMISSION 254:**

Notwithstanding Purolite's role as the exclusive manufacturer and supplier of the Media (Purolite Agreement § 1.1), SolmeteX could employ third parties to manufacture an ion exchange resin using "SolmeteX's chemistry" so long as the third party did not use Purolite's A-500P bead.

**REQUEST FOR ADMISSION 255:**

DEFENDANT PUROLITE'S                                                                29
FIRST SET OF REQUESTS FOR ADMISSIONS TO LAYNE

Notwithstanding Purolite's role as the exclusive manufacturer and supplier of the Media (Purolite Agreement § 1.1), SolmeteX could employ third parties to manufacture a product that applies "SolmeteX's chemistry" to a substrate so long as the third party did not use Purolite's A-500P bead.

## REQUEST FOR ADMISSION 256:

Notwithstanding Purolite's role as the exclusive manufacturer and supplier of the Media (Purolite Agreement § 1.1), SolmeteX could employ third parties to manufacture an ion exchange resin impregnated with iron for the removal of arsenic from Water so long as the third party did not use Purolite's base beads.

## REQUEST FOR ADMISSION 257:

Notwithstanding Purolite's role as the exclusive manufacturer and supplier of the Media (Purolite Agreement § 1.1), SolmeteX could employ third parties to manufacture an ion exchange resin using "SolmeteX's chemistry" so long as the third party did not use Purolite's base beads.

## REQUEST FOR ADMISSION 258:

Notwithstanding Purolite's role as the exclusive manufacturer and supplier of the Media (Purolite Agreement § 1.1), SolmeteX could employ third parties to manufacture a product that applies "SolmeteX's chemistry" to a substrate so long as the third party did not use Purolite's base beads.

## REQUEST FOR ADMISSION 259:

Purolite's role as the exclusive manufacturer and supplier of the Media was limited to the manufacture and supply of the A-500P base bead.

## REQUEST FOR ADMISSION 260:

Purolite's role as the exclusive manufacturer and supplier of the Media was limited to the manufacture and supply of base beads.

## REQUEST FOR ADMISSION 261:

Purolite's role as the exclusive manufacturer and supplier of the Media meant that SolmeteX had to purchase the A-500P beads from Purolite.

## REQUEST FOR ADMISSION 262:

Purolite's role as the exclusive manufacturer and supplier of the Media meant that SolmeteX could not purchase the A-500P beads from Purolite's customers.

DEFENDANT PUROLITE'S                                                          30
FIRST SET OF REQUESTS FOR ADMISSIONS TO LAYNE

**REQUEST FOR ADMISSION 263:**

Purolite presented Layne with an opportunity to enter the arsenic remediation market.

**REQUEST FOR ADMISSION 264:**

In 2006, Purolite presented Layne with an opportunity to enter the arsenic remediation market.

**REQUEST FOR ADMISSION 265:**

Before Purolite introduced Layne to arsenic remediation technology, Layne did not research or sell ion exchange resins impregnated with iron for the removal of arsenic from Water.

**REQUEST FOR ADMISSION 266:**

Layne acquired SolmeteX.

**REQUEST FOR ADMISSION 267:**

Layne competes with Purolite in at least one of the Licensed Channels.

**REQUEST FOR ADMISSION 268:**

Layne intends to prevent Purolite from competing in at least one of the Licensed Channels.

**REQUEST FOR ADMISSION 269:**

If there is a judgment that the FerrIX A33E product infringes a valid claim of the Patent-in-Suit, Purolite will not be able to sell its FerrIX A33E product in at least one of the Licensed Channels without a license.

**REQUEST FOR ADMISSION 270:**

Layne may deny a license to the Patent-in-Suit to Purolite.

**REQUEST FOR ADMISSION 271:**

Purolite modified the Manufacturing Specifications by cycling the beads with acid to clean impurities.

**REQUEST FOR ADMISSION 272:**

To create ArsenX$^{np}$, Purolite pre-treated base beads with acid to clean impurities before

DEFENDANT PUROLITE'S                                                                 31
FIRST SET OF REQUESTS FOR ADMISSIONS TO LAYNE

loading iron into the beads.

**REQUEST FOR ADMISSION 273:**

To create FerrIX A33E, Purolite pre-treated base beads with acid to clean impurities before loading iron into the beads.

**REQUEST FOR ADMISSION 274:**

The Patent-in-Suit is the first disclosure of a method for synthesizing a selective adsorbent that contains dispersed particles of iron oxide in a resin.

**REQUEST FOR ADMISSION 275:**

The Patent-in-Suit is the first disclosure of an anion exchange resin that contains dispersed particles of iron in a resin.

**REQUEST FOR ADMISSION 276:**

The Patent-in-Suit is not the first disclosure of a method for synthesizing a selective adsorbent that contains dispersed particles of iron oxide in a resin.

**REQUEST FOR ADMISSION 277:**

The Patent-in-Suit is not the first disclosure of an anion exchange resin that contains dispersed particles of iron in a resin.

Dated: June 9, 2010                    By: _____ /s/ David R. Barnard _____

                                       LATHROP & GAGE LLP
                                       David R. Barnard  (KS # 17955)
                                       Email: dbarnard@lathropgage.com
                                       Jason C. Parks  (KS # 21466)
                                       Email: jparks@lathropgage.com
                                       2345 Grand Blvd., Suite 2200
                                       Kansas City, MO 64108-2684
                                       Telephone:  (816) 292-2000
                                       Facsimile:  (816) 292-2001

                                       FISH & RICHARDSON P.C.
                                       David Francescani (admitted *Pro Hac Vice*)
                                       Email : drf@fr.com
                                       Robert C. Sullivan, Jr. (admitted *Pro Hac Vice*)
                                       Email: rcs@fr.com
                                       Michael T. Zoppo (admitted *Pro Hac Vice*)
                                       Email: mtz@fr.com
                                       J. Rodrigo Fuentes (admitted *Pro Hac Vice*)
                                       Email : jrf@fr.com
                                       601 Lexington Avenue
                                       New York, NY 10022
                                       Telephone:  (212) 765-5070
                                       Facsimile:  (212) 258-2291

                                            *Attorneys for Defendant*
                                            *The Purolite Company*

DEFENDANT PUROLITE'S                                                    33
FIRST SET OF REQUESTS FOR ADMISSIONS TO LAYNE

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2010, I served the foregoing DEFENDANT

PUROLITE'S FIRST SET OF ADMISSIONS TO LAYNE via e-mail on counsel of record for

plaintiff as follows:

Joshua M. Ellwanger            josh.ellwanger@huschblackwell.com
Richard R. Johnson             dick.johnson@huschblackwell.com
Patrick D. Kuehl, Jr.          patrick.kuehl@huschblackwell.com
HUSCH BLACKWELL SANDERS LLP
4801 Main St., Suite 1000
Kansas City, MO 64112
*Attorneys for Plaintiff*

                        */s/ David R. Barnard*
                        David R. Barnard