## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

**LAYNE CHRISTENSEN COMPANY and DR. ARUP K. SENGUPTA,**

**Plaintiffs,**

**v.**

**BRO-TECH CORPORATION, d/b/a THE PUROLITE COMPANY,**

**Defendant.**

Case No. 09-cv-2381-JWL/GLR

## PLAINTIFFS' FINAL EXHIBIT SHEET

Case No: __09-cv-2381-JWL/GLR__

Plaintiff's Exhibits

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|-----|-------------|------|------|------|----------------------|
| 1. | 9/13/2010 Notice of Rule 30(b)(6) Deposition | | | | |
| 2. | 5/2/2007 E-mail Jacob Brodie, Purolite, to 'Info', re Enquiry for Arsenic Treatment Plant, PURv2_010068-PURv2_010068_002 | | | | |
| 3. | Purolite Product Data Sheet, FerrIX$^{TM}$ A33E, Regenerable Arsenic Removal Media, Product Description, Purv2_0011379-Purv2_0011379_002 | | | | |
| 4. | Miscellaneous Purolite marketing materials, articles, and presentation materials for ArsenX, PURv2_001167-PURv2_001197 | | | | |
| 5. | 11/15/2004 Exclusive Manufacturing, Supply and Distribution Agreement between SolmeteX, Inc. and The Purolite Company, PURv2_005502-PURv2_005502_021 | | | | |
| 6. | Purolite Product Data Sheet, FerrIXTM A33E, Ground and Potable Water, Product Description, LAYNE000644-LAYNE000645 | | | | |
| 7. | 8/23/2010 Letter J. Rodrigo Fuentes, Fish & Richardson, to Patrick Kuehl, Husch Blackwell, re Document Production PURv2_013572 | | | | |
| 8. | 5/1/2009 E-mail Gary Thundercliffe, Purolite, to Amanda Dolan, Purolite, re name of ArsenX Confidential, PURv2_0011254 | | | | |
| 9. | 5/4/2009 E-mail, Sal Briscella, Purolite, to Les Confer, Purolite, re ArsenX name change, PURv2_015961 | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 10. | 5/4/2009 E-mail Jacob Brodie, Purolite to Ted Begg, Purolite, re order #151224 - arsenxnp, PURv2_0011237 | | | | |
| 11. | 10/8/2009 Email, Amanda Dolan to Greg Mapstone, re Quads at Windham, PURv2_010884 | | | | |
| 12. | 5/4/2009 Email, Jacob Brodie, to Darrell Shaffer, et al., re order #151224 - arsenxnp, Purv2_0011238 | | | | |
| 13. | 5/5/2009 Email, Ken Shaner to Jacob Brodie, re FW: WQA ANSI/NSF61 For FerrIX A33E, Purv2_0011070 | | | | |
| 14. | 5/7/2009 E-mail, Ted Begg to Jacob Brodie, et al., re Management Review Requested - CRAIG WINTER, ADVANCED QUALITY WATER SOLUTION, Purv2_0011429 | | | | |
| 15. | The Purolite Group, Corporate Profile | | | | |
| 16. | 4/12-13/2004 Purolite-SolmeteX Meeting, re Manufacturing and Distribution of As:X$^{np}$, PURv2_016108-PURv2_016109 | | | | |
| 17. | 4/5/2005 E-mail Paul Sylvester, SolmeteX, to Joe D'alessandro, Purolite, re Triethylamine resin, LAYNE002689-LAYNE002689_002 | | | | |
| 18. | 5/25/2005 E-mail Ed Morassi, SolmeteX to Francis Boodoo, Purolite, re Revised ArsenX QC Procedure & Worksheet, PURv2_009866 | | | | |
| 19. | 4/27/2006 E-mail Jacob Brodie, Purolite to Gary Thundercliffe, Purolite, re ArsenX performance, PURv2_0011151-PURv2_0011151_002 | | | | |
| 20. | 7/29/2005 E-mail Sal Briscella, Purolite to Ted Begg, Purolite, re A500P, PURv2_0011009-PURv2_0011009_002 | | | | |
| 21. | 2/12/2008 E-mail Ted Begg, Purolite, to Jacob Brodie, Purolite, re Technical Meeting, PURv2_006781-PURv2_006781_003 | | | | |
| 22. | 5/8/2008 E-mail Jacob Brodie, Purolite to Amanda Dolan, Purolite, re ArsenXnp High Mn, PURv2_006660 | | | | |
| 23. | 5/8/2008 E-mail Jacob Brodie, Purolite to Amanda Dolan, Purolite, re ArsenXnp High Mn, PURv2_006659-PURv2_006659_002 | | | | |
| 24. | 6/20/2008 E-mail Amanda Dolan, Purolite, to Warner Jarnagin, Purolite, et al., re ArsenXnp Issues: Odor and Mn, PURv2_006064 | | | | |
| 25. | 10/11/2005 E-mail Ted Begg, Purolite, to Amanda Dolan, Purolite, re arsenic removal, PURv2_0011108 | | | | |
| 26. | 10/10/2006 E-mail Ted Begg, Purolite, to Lindy Moceus, Department of Health and Human Services, re Alkalinity rinse-Arseniex Solmetex, PURv2_0011147-PURv2_0011147_002 | | | | |
| 27. | 5/2009 Purolite Monthly Operating Report, | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| | PURv2_005800-PURv2_005800_004 | | | | |
| 28. | 3/2006 Purolite Technical Paper, Removing Arsenic and Other Contaminants, PURv2_001139-PURv2_001142 | | | | |
| 29. | Purolite Product Bulletin, Purolite Resins for Potable and Ground Water Treatment, LAYNE000646-LAYNE00653 | | | | |
| 30. | ArsenX$^{np}$ Capabilities and Technical Specifications, PURv2_014450-PURv2_014450_006 | | | | |
| 31. | Purolite Frequently Asked Questions (FAQ's) about ArsenX$^{np}$, for website, PURv2_001767-PURv_2001769 | | | | |
| 32. | Reserved for use at trial | | | | |
| 33. | Reserved for use at trial | | | | |
| 34. | 11/19/2008 Fax, Steven Crooke, Layne, to Don Brodie, Purolite, re Exclusive Manufacturing, Supply and Distribution Agreement Between SolmeteX and The Purolite Company (the "Agreement"), PURv2_001408-PURv2_001409 | | | | |
| 35. | 3/24/2005 ArsenXnp Documentation Package, PURv2_005635-PURv2_005635_015 | | | | |
| 36. | 11/6/2007 U.S. Patent 7,291,578 B2, Hybrid Anion Exchanger for Selective Removal of Contaminating Ligands from Fluids and Method of Manufacture Thereof, LAYNE003181-LAYNE003181_026 | | | | |
| 37. | 10/19/2005 Letter Don Brodie, Purolite, to Owen Boyd, SolmeteX, re Cancelation of Contract, PURv2_001432 | | | | |
| 38. | 10/18/2005 Letter Owen Boyd, SolmeteX, to Don Brodie, Purolite, re Exclusive Manufacturing, Supply, and Distribution Agreement, PURv2_001431 | | | | |
| 39. | 11/8/2005 Letter Nick Mozzicato, SolmeteX to Don Brodie, Purolite re Contract Dispute, PURv2_001433 | | | | |
| 40. | 11/15/2005 Letter Don Brodie, Purolite, to Nick Mozzicato, SolmeteX, re Exclusive Manufacturing, Supply, and Distribution Agreement, PURv2_001434 | | | | |
| 41. | 5/1/2009 E-mail, Ken Shaner, Purolite, to Gary Thundercliffe, Purolite, re ArsenXnp NSF, PURv2_0011021 | | | | |
| 42. | 5/6/2009 WQA Change to Certified Product Form, WQA_00399-WQA_00402 | | | | |
| 43. | 5/7/2009 E-mail, Darrell Shaffer to Gary Thundercliffe, re FerrIX A33E/ArsenXnp - Processing/Handling - Regeneration & Regeneration, Purv2_0011431 | | | | |
| 44. | 5/4/2009 E-mail, Gary Thundercliffe to salespeople, et al., re Discontinuation of ArsenXnp…….Introduction of our FerrIX A33E arsenic removal product, Purv2_0011103 | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 45. | 5/4/2009 E-mail, Fabio Sousa, Purolite, to Gary Thundercliffe, Purolite, re Discontinuation of ArsenXnp........Introduction of our FerrIX A33E arsenic removal product, Purv2_0011375 | | | | |
| 46. | 5/6/2009 E-mail, Mirela Hidalgo, Purolite, to Gary Thundercliffe, Purolite, re Discontinuation of ArsenXnp.........Introduction of our FerrIX A33E arsenic removal, PURv2_0011418-PURv2_0011418_002 | | | | |
| 47. | 6/15/2009 E-mail, Joe D'alessandro, Purolite, to Michael Jakubowicz, et al. re Surplus Management Inventory, Purv2_0011456 | | | | |
| 48. | 5/29/2009 E-mail, Discontinuation of ArsenXnp.....Introduction of our FerrIX A33E arsenic removal product, Purv2_0011417 | | | | |
| 49. | PowerPoint Presentation of FerrIX A33E, PURv2_0011415-PURv2_0011415_027 | | | | |
| 50. | 1/6/2010 E-mail, Gary Thundercliffe, Purolite, to Francis Boodoo, Purolite, et al. re Ferrix A33E disposal, PURv2_005535-PURv2_005535_004 | | | | |
| 51. | Article, Safe Landfill Disposal of Spent Arsenic Removal Media, by Francis Boodoo, Purolite, PURv2_005632-PURv2_005632_003 | | | | |
| 52. | Article, Safe Landfill Disposal of Spent Arsenic Removal Media, by Francis Boodoo, Purolite, PURv2_0011399-PURv2_0011399_003 | | | | |
| 53. | Technical Paper, Safe Landfill Disposal of Spent Arsenic Removal Media, by Francis Boodoo, Purolite, PURv2_005537-PURv2_005537_003 | | | | |
| 54. | Application Note, Safe Landfill Disposal of Spent Arsenic Removal Media, by Francis Boodoo, Purolite, PURv2_0011290-PURv2_0011290_003 | | | | |
| 55. | 5/16/2009 E-mail, Dave Larose, Purolite, to Gary Thundercliffe, Purolite, re FerrIX A33E Mkg Info, Purv2_0011386 | | | | |
| 56. | Purolite Engineering Bulletin, Technical Data, ArsenX$^{np}$, PURv2_0011387-PURv2_0011387_005 | | | | |
| 57. | Purolite Engineering Bulletin, Regenerable Arsenic removal Media, FerrIX A33E Product Description, PURv2_0011401-PURv2_0011401_006 | | | | |
| 58. | Purolite Application Notes, Purolite "ArsenX$^{np}$ Regenerated" Protocol for Complying with NSF/ANSI-61 Certification for Multiple Regenerations, PURv2_0011390-PURv2_0011390_003 | | | | |
| 59. | Purolite Application Notes, Purolite "FerrIX$^{TM}$ A33E Regenerated" Protocol for Complying with NSF/ANSI-61 Certification for Multiple Regerations, PURv2_0011398-PURv2_0011398_003 | | | | |
| 60. | Demonstrative of Purolite's Unpaid Royalties for Sales of FerrIX | | | | |

KCP-4188534-1

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 61. | Purolite ArsenX Regeneration Checklist, PURv2_0011392-PURv2_0011392_003 | | | | |
| 62. | Purolite FerrIX A33E Regeneration Checklist, PURv2_0011400-PURv2_11400_003 | | | | |
| 63. | Reserved for use at trial | | | | |
| 64. | Reserved for use at trial | | | | |
| 65. | 5/2/2009 E-mail Andreas Gotthardt, Purolite, to Gary Thundercliffe, Purolite, re New name for ArsenXnp, PURv2_0011451 | | | | |
| 66. | 5/14/2007 Water Quality Association, Gold Seal Certificate for ArsenXnp Regenerated, PURv2_0011393 | | | | |
| 67. | Purolite's Material Safety Data Sheet, ArsenX-NP, PURv2_0011394-PURv2_0011394_003 | | | | |
| 68. | Reserved for use at trial | | | | |
| 69. | Reserved for use at trial | | | | |
| 70. | Data Sheet for NSF/ANSI 61 Additives (Form 1), Drinking Water System Components, PURv2_005526-PURv2_005526_010 | | | | |
| 71. | Reserved for use at trial | | | | |
| 72. | Reserved for use at trial | | | | |
| 73. | 11/29/2006 E-mail, Jacob Brodie, Purolite, to Gary Thundercliffe, Purolite, re SolmeteX Call report, PURv2_019166 | | | | |
| 74. | 5/1/2009 E-mail, Jacob Brodie, Purolite, to Ken Shaner, Purolite, et al., re ArsenXnp NSF, Purv2_0011442 | | | | |
| 75. | Purolite Engineering Bulletin, Regenerable Arsenic Removal Media, FerrIX[TM] A33E, Product Description, PURv2_011401-PURv2_011401_006 | | | | |
| 76. | Purolite Product Data Sheet, Regenerable Arsenic Removal Media, FerrIX[TM] A33E, Purv2_0011424 | | | | |
| 77. | Purolite Product Data Sheet, Ground and Potable Water, FerrIX[TM] A33E, Purv2_010882-Purv2_010882_002 | | | | |
| 78. | Purolite Product Data Sheet, Ground and Potable Water, FerrIX[TM] A33E, PURv2_006714-PURv2_006714_002 | | | | |
| 79. | Purolite Product Data Sheet, Potable Water, FerrIX[TM] A33E, PURv2_005536 | | | | |
| 80. | Purolite Product Data Sheet, Regenerable Arsenic Removal Media, FerrIX[TM] A33E, Product Description, PURv2_006678 | | | | |
| 81. | Purolite Engineering Bulletin, Regenerable Arsenic Removal Media, FerrIX[TM] A33E, Product Description, PURv2_005524-PURv2_005524_004 | | | | |
| 82. | Purolite Product Description, ArsenX[np], | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
|  | PURv2_001174-PURv2_001177 |  |  |  |  |
| 83. | University of Arizona Presentation, Arsenic Residuals: Assessment, Disposal and Stabilization, PURv2_001178-PURv2_001181 |  |  |  |  |
| 84. | Purolite Presentation, Arsenic Remediation with ArsenX$^{np}$, PURv2_001182-PURv2_001185 |  |  |  |  |
| 85. | ArsenX$^{np}$ Marketing Materials, CR00599-CR00604 |  |  |  |  |
| 86. | Purolite Presentation Slides with written comments, Arsenic Remediation with ArsenX$^{np}$, Ted Begg, Purolite, PURv2_001124-PURv2_001135 |  |  |  |  |
| 87. | Purolite Engineering Bulletin, Regenerable Arsenic Removal Media, ArsenX$^{np}$, Technical Data, Purv2_0011293-Purv2_0011293_005 |  |  |  |  |
| 88. | Purolite Presentation by Ted Begg at Purolite's International Sales Meeting, ArsenX$^{np}$ Capacity & Design, PURv2_005653-PURv2_005653_022 |  |  |  |  |
| 89. | 5/4/2009 E-mail Dave Larose, Purolite, to Gary Thundercliffe, Purolite, re FerrIX A33E, Purv2_0011372 |  |  |  |  |
| 90. | 10/19/2007 E-mail Ted Begg, Purolite, to Gary Thundercliffe, Purolite, re NMDG Arsenic Removal Resin Development - Telecon today, PURv2_015803-PURv2_015803_020 |  |  |  |  |
| 91. | Charts comparing ArsenX(NP) v. READ-As, PURv2_015773-PURv2_015773-_002 |  |  |  |  |
| 92. | 10/2/2008 E-mail Francis Boodoo, Purolite to Junji Fukuda, Purolite, re Nihon Kaisui, PURv2_015758-PURv2_015758_005 |  |  |  |  |
| 93. | 4/7/2007 E-mail Francis Boodoo, Purolite, to Jacob Brodie, Purolite, re ArsenXnp - Arsenic capacity test, PURv2_019153-PURv2_019153_002 |  |  |  |  |
| 94. | 9/23/2008 E-mail Gary Thundercliffe, Purolite, to Francis Boodoo, Purolite, re 2005 application for impregnation of resin with titanium, PURv2_022466 |  |  |  |  |
| 95. | Article by Purolite employees, Edward Belsten, Francis Boodoo, Joe D'Alessandro, Matteo Garegnani, Dave LaRose, Field experiences with a very effective and efficient hybrid media for arsenic removal, PURv2_005612 |  |  |  |  |
| 96. | Purolite Batch Process Worksheet for ArsenX$^{np}$, PURv2_011629-PURv2_011629_003 |  |  |  |  |
| 97. | Purolite Stirred Process Worksheet for ArsenX$^{np}$, PURv2_011626-PURv2_011626_004 |  |  |  |  |
| 98. | SolmeteX Proprietary Information as of 1/19/2004, Synthesis of As:Xnp, LAYNE006822 |  |  |  |  |
| 99. | Purolite Batch Process Worksheet for ArsenX$^{np}$, PURv2_011633-PURv2_011633_003 |  |  |  |  |
| 100. | Purolite Batch Process Worksheet for ArsenX$^{np}$, PURv2_011634-PURv2_011634_002 |  |  |  |  |
| 101. | Reserved for use at trial |  |  |  |  |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 102. | 6/15/2009 E-mail, Michael Jakubowicz, Purolite, to Joe D'Alessandro, Purolite, re Surplus Management Inventory, Purv2_0011432-Purv2_0011432_002 | | | | |
| 103. | 5/8/2008 E-mail, Jacob Brodie, Purolite, to Amanda Dolan, Purolite, re ArsenXnp High Mn, PURv2_006664 | | | | |
| 104. | 4/4/2008 Purolite and SolmeteX ArsenXnp Technical Meeting Minutes, LAYNE001744-LAYNE001744_003 | | | | |
| 105. | 3/15/2004 Fax, Paul Sylvester, SolmeteX, to Ted Begg, Purolite, re As:Xnp Synthesis, LAYNE004460-LAYNE004461 | | | | |
| 106. | 3/3/2009 Memorandum from Les Confer, Purolite, to File, re Derivations of the Chemical Usage Calculation Factors in ArsenX Batch Procedure, PURv2_011625-PURv2_011625_002 | | | | |
| 107. | Redline of ArsenXnp/FerriX Production Procedures, PURv2_011635-PURv2_011635_009 | | | | |
| 108. | Redline of ArsenXnp/FerrIX Production Procedures, PURv2_011624-PURv2_011624_009 | | | | |
| 109. | Purolite Material Safety Data Sheet for FerrIXTM A33E, PURv2_019694-PURv2_019694_0007 | | | | |
| 110. | 4/19/2005 Memorandum re Process Changes for ArsenX, LAYNE008457 | | | | |
| 111. | 1/22/2004 Memorandum re Summary of Process Optimization Experiments on ArsenX, LAYNE004475-LAYNE004478 | | | | |
| 112. | 4/20/2004 E-mail, Paul Sylvester, SolmeteX, to Joe D'Alessandro, re Resin Synthesis, LAYNE011175-LAYNE011176 | | | | |
| 113. | Reserved for use at trial | | | | |
| 114. | 7/19/2007 E-mail, Paul Sylvester, SolmeteX, to Ted Begg, Purolite, et al., re Cycled vs uncycled A500P, PURv2_010593-PURv2_010594_004 | | | | |
| 115. | Hand drawn picture of hypothetical ion exchange resin, drawn by Francis Boodoo at his deposition of 6/8/2011 | | | | |
| 116. | 4/6/2004 E-mail, Francis Boodoo, Purolite, to Amanda Dolan, Purolite, re Ion Exchange Capacity of ArsenexNP, LAYNE006206 | | | | |
| 117. | 5/4/2006 E-mail, Joe D'Alessandro, Purolite, to Paul Sylvester, SolmeteX, re Experimental Results, LAYNE010529 | | | | |
| 118. | Summary of Purolite Experiments 27-29April, 2004, PURv2_014628 | | | | |
| 119. | 6/2/2004 E-mail, Joe D'alessandro, Purolite, to Francis Boodoo, Purolite, re Arsenic resin plant trial, with Summary of Plant Trial, As X np resin dated 6/2/2004 attached, LAYNE000884-LAYNE000885_002 | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 120. | 6/10/2004 E-mail, Owen Boyd, SolmeteX, to Nick Mozzicato, SolmeteX, re Agreement - Draft 1, with draft of Manufacturing and Distribution Agreement between SolmeteX, Inc. and The Purolite Company attached, LAYNE009738-LAYNE009739_0008 | | | | |
| 121. | 7/29/2004 E-mail, Francis Boodoo, Purolite, to Nick Mozzicato, SolmeteX, re Revisions to draft agreement, LAYNE003217-LAYNE003218_021 | | | | |
| 122. | 8/3/2004 E-mail, Francis Boodoo, Purolite, to Nick Mozzicato, SolmeteX, re Revisions to draft agreement, LAYNE008529 | | | | |
| 123. | 9/16/2004 Purolite Press Release, Purolite and SolmeteX launch new Arsenic Selective Media, PURv2_014452 | | | | |
| 124. | 1/26/2005 E-mail, Paul Sylvester, SolmeteX, to Francis Boodoo, Purolite, re USF Column Test on ArsenXnp, LAYNE002701-LAYNE002701_011 | | | | |
| 125. | 7/20/2005 E-mail, Sal Briscella, Purolite, to Paul Sylvester, Purolite, re ArsenX synthesis, PURv2_005584 | | | | |
| 126. | Reserved for use at trial | | | | |
| 127. | 10/28/2005 ArsenXnp Point of Entry Program Presentation, PURv2_005661-PURv2_005661_029 | | | | |
| 128. | Purolite marketing materials for ArsenX$^{np}$, PURv2_014597-PURv2_014597_005 | | | | |
| 129. | Purolite letter re Removal of ARSENIC from Drinking Water, PURv2_014515 | | | | |
| 130. | Data Sheet for NSF/ANSI 61 Additives (Form 1), Drinking Water System Components, PURv2_014557-PURv2_014557_010 | | | | |
| 131. | 7/27/2006 E-mail, Francis Boodoo, Purolite, to Gary Thundercliffe, Purolite, re Press Release on ArsenXnp, PURv2_015375-PURv2_015375_002 | | | | |
| 132. | 1/22/2007 E-mail, Jacob Brodie, Purolite, to Tony Jacques, Purolite, et al., re Arsenex NP, PURv2_019157-PURv2_019157_0003 | | | | |
| 133. | 12/5/2007 E-mail, Francis Boodoo, Purolite, to Jacob Brodie, Purolite, re ArsenXnp patent awarded Nov 2007, PURv2_006103 | | | | |
| 134. | 9/29/2008 E-mail, Francis Boodoo, Purolite, to James Dale, Purolite, re Nihon Kaisui, PURv2_015752-PURv2_015752_002 | | | | |
| 135. | Purolite marketing material for ArsenX$^{np}$, PURv2_016306 | | | | |
| 136. | Purolite Presentation slides by Francis Boodoo for Multi-contaminant Removal with ArsenX$^{np}$, PURv2_014882-PURv2_014882_012 | | | | |
| 137. | 5/2009 FerrIX A33E Arsenic Calculator by Francis Boodoo, Purolite, PURv2_024429 | | | | |
| 138. | Francis Boodoo, Purolite, handwritten notes from | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|-----|-------------|------|------|------|------------------------|
|      | telephone call with SolmeteX dated 2/4/2002 with Material Ranking attached, PURv2_024430-PURv2_024430_0002 | | | | |
| 139. | 1/28/2004 E-mail, Ted Begg, Purolite to Cmason@NSF.Org, re Ingredient Information form for NSF, with Water Distribution Systems Ingredient Information Form attached, LAYNE001900-LAYNE001901_008 | | | | |
| 140. | Reserved for use at trial | | | | |
| 141. | 6/18/2004 Nick Mozzicato, SolmeteX, to Jim Sabzali, Purolite, re Contract, with draft Manufacturing and Distribution Agreement between SolmeteX, Inc. and The Purolite Company attached, LAYNE009213-LAYNE009214_0010 | | | | |
| 142. | Reserved for use at trial | | | | |
| 143. | 8/2/2004 E-mail, Nick Mozzicato, SolmeteX, to Francis Boodoo, Purolite, re Revisions to draft agreement, LAYNE006989 | | | | |
| 144. | 9/14/2004 E-mail, Ted Begg, Purolite, to Jim Sabzali, Purolite, re Arsenex-NP Cut Sheet, with Purolite ArseneXnp cut sheet attached, LAYNE000873-LAYNE00874_002 | | | | |
| 145. | 10/25/2004 E-mail, Ted Begg, Purolite, to Paul Sylvester, SolmeteX, re ArsenX-NP Retain Samples, LAYNE002342 | | | | |
| 146. | 12/23/2004 E-mail, James Sabzali, Purolite, to njcat@bellatlantic.net, et al., re ArsenXnp data/Mercury removal app, LAYNE009240 | | | | |
| 147. | 11/22/2004 Letter Jim Sabzali, Purolite, to Frank Craft, Mobile Process Technology, re Arsenic Removal Systems, PURv2_016823-PURv2_016823_002 | | | | |
| 148. | 4/6/2006 E-mail, Ed Morassi, SolmeteX, to Ted Begg, Purolite, re Order Fulfillment, PURv2_006572 | | | | |
| 149. | 12/13/2007 Letter Ed Morassi, SolmeteX, to Ted Begg, Purolite, re Unauthorized Release of ArsenX$^{np}$®, PURv2_005500 | | | | |
| 150. | 4/4/2008 ArsenXnp Technical Review by Ed Morassi, SolmeteX, LAYNE006123-LAYNE006123_002 | | | | |
| 151. | 5/11/2009 E-mail, Ted Begg, Purolite, to Ben Means, Aquatech International, re ArsenXnp resin quote, PURv2_006677-PURv2_006677_002 | | | | |
| 152. | Purolite Presentation by Ted Begg, Arsenic Remediation with ArsenXnp, PURv2_016253-PURv2_016253_024 | | | | |
| 153. | ArsenX$^{np}$ marketing materials, PURv2_014605-PURv2_014605_002 | | | | |
| 154. | Purolite's ArsenXnp Sales Data from 7/2004 through 7/2005, PURv2_017131 | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|-----|-------------|------|------|------|------------------------|
| 155. | Purolite's ArsenXnp Sales Data from 6/2005 through 12/2005, PURv2_017132 | | | | |
| 156. | Purolite's ArsenXnp Sales Data from 1/2006 through 12/2006, PURv2_017133 | | | | |
| 157. | Purolite's ArsenXnp Sales Data from 1/2007 through 12/2007, PURv2_017134 | | | | |
| 158. | Purolite's ArsenXnp Sales Data from 1/2008 through12/2008, PURv2_017135 | | | | |
| 158. | A - Purolite's ArsenXnp Sales Data from 1/2008 through12/2008, customer names redacted, PURv2_017135 | | | | |
| 159. | Purolite's ArsenXnp Sales Data from 1/2009 through 4/2009, PURv2_017136 | | | | |
| 159. | A - Purolite's ArsenXnp Sales Data from 1/2009 through 4/2009, customer names redacted, PURv2_017136 | | | | |
| 160. | Purolite Royalties for sales of ArsenX-np from 3rd quarter 2008 through 1st quarter 2009 and a Royalty Calculation from 2005 through 2008, PURv2_001913-PURv2_001916 | | | | |
| 161. | Purolite FerrIX Sales Data from 5/2009 through 12/2009, PURv2_013572 | | | | |
| 161. | A - Purolite FerrIX Sales Data from 5/2009 through 12/2009, customer names redacted, PURv2_013572 | | | | |
| 162. | Purolite FerrIX Sales Data from 1/2010 through 6/2010, PURv2_013572 | | | | |
| 162. | A - Purolite FerrIX Sales Data from 1/2010 through 6/2010, customer names redacted, PURv2_013572 | | | | |
| 163. | Purolite FerrIX Sales Data from 1/2010 through 12/2010, PURv2_021585-PURv2_021593 | | | | |
| 163. | A - Purolite FerrIX Sales Data from 1/2010 through 12/2010, customer names redacted, PURv2_021585-PURv2_021593 | | | | |
| 164. | Reserved for use at trial | | | | |
| 165. | Reserved for use at trial | | | | |
| 166. | 11/25/2003 License Agreement between Dr. Arup K. SenGupta and SolmeteX, Inc., Purv2_0011329-Purv2_0011329_016 | | | | |
| 167. | 8/5/2010 US Patent Application, US 2010/0193444, Water Softener Regeneration | | | | |
| 168. | 7/28/2005 E-mail, Ted Begg, Purolite, to Jacob Brodie, Purolite, et al., re A500P, Purv2_0011145 | | | | |
| 169. | 3/20/2006 E-mail, Paul Sylvester, SolmeteX, to Jacob Brodie, Purolite, re More Blending Batches Please, PURv2_009405-PURv2_009405_002 | | | | |
| 170. | 8/2/2006 E-mail, Nick Mozzicato, SolmeteX, to Jacob Brodie, Purolite, re European and Japan Patent Filing, PURv2_001305 | | | | |
| 171. | Purolite's Contact History Report of 4/27/2006 for | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| | personal visit between Nick Mozzicato, SolmeteX, and Jacob Brodie, Purolite, PURv2_001461 | | | | |
| 172. | Collection of e-mails not produced natively, but as one .pdf, PURv2_019075-PURv2_019075_0225 | | | | |
| 173. | Reserved for use at trial | | | | |
| 174. | 11/6/2009 E-mail, Ken Shaner, Purolite, to Jacob Brodie, Purolite, re WQA - FerrixA33E, PURv2_005545 | | | | |
| 175. | 12/27/2010 Defendant Purolite's Responses to Plaintiff Layne Christensen's First Set of Interrogatories | | | | |
| 176. | 1/4/2011 Defendant Purolite's Supplemental Response to Layne's Interrogatory No. 12 | | | | |
| 177. | 2/15/2011 Defendant Purolite's Supplemental Responses to Plaintiff Layne Christensen's First Set of Interrogatories | | | | |
| 178. | 5/13/2011 Defendant Purolite's Supplemental Responses to Plaintiff Layne Christensen's First Set of Interrogatories | | | | |
| 179. | 5/24/2011 Defendant Purolite's Responses to Plaintiff Layne Christensen's Second Set of Interrogatories | | | | |
| 180. | 5/24/2011 Defendant Purolite's Responses to Plaintiff SenGupta's First Set of Interrogatories | | | | |
| 181. | 6/22/2011 Defendant Purolite's Supplemental Responses to Plaintiff Layne Christensen's First Set of Interrogatories | | | | |
| 182. | 7/21/2011 Defendant Purolite's Supplemental Responses to Plaintiff Layne Christensen's Second Set of Interrogatories | | | | |
| 183. | 8/17/2011 Defendant Purolite's Supplemental Responses to Plaintiff Layne Christensen's First Set of Interrogatories | | | | |
| 184. | 8/17/2011 Defendant Purolite's Supplemental Responses to Plaintiff SenGupta's First Set of Interrogatories | | | | |
| 185. | 11/3/2011 Defendant Purolite's Supplemental Response to Plaintiff SenGupta's Interrogatory No. 6 | | | | |
| 186. | 11/7/2011 Defendant Purolite's Supplemental Response to Plaintiff Layne's Interrogatory Nos. 13, 14, 16 and 22 and Plaintiff SenGupta's Interrogatory Nos. 1 and 2 | | | | |
| 187. | 11/16/2011 Defendant Purolite's Second Supplemental Responses to Plaintiff SenGupta's Interrogatory No. 6 | | | | |
| 188. | 12/2/2011 Defendant Purolite's Supplemental Responses to Plaintiffs' Interrogatories | | | | |
| 189. | 6/28/2010 Defendant Purolite's Responses to Plaintiff Layne Christensen's First Request for Admissions | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 190. | 1/18/2012 E-mail, Marta Szulc, Partners Systems, to Kevin Osborn, Layne, re information about ArsenXnp (Ferrixa33E) PUROLITE, LAYNE023875-LAYNE023880 | | | | |
| 191. | 8/26/2011 Purolite Certificate of Analysis, LAYNE023881 | | | | |
| 192. | Purolite Batch Production Documents for Lot # 4096Z/11/2, PURv2_024083-PURv2_024094 | | | | |
| 193. | Reserved for use at trial | | | | |
| 194. | Reserved for use at trial | | | | |
| 195. | Reserved for use at trial | | | | |
| 196. | Reserved for use at trial | | | | |
| 197. | Reserved for use at trial | | | | |
| 198. | Reserved for use at trial | | | | |
| 199. | Reserved for use at trial | | | | |
| 200. | Production List Arsenxnp.FerrixA33E 2005-current, PURv2_021638 | | | | |
| 201. | 3/15/2004 Fax, Paul Sylvester, SolmeteX, to Ted Begg, Purolite, re As:Xnp Synthesis, PURv2_014481-PURv2_014481_003 | | | | |
| 202. | 5/6/2005 E-mail, Sal Briscella, Purolite, to Ed Morassi, SolmeteX, et al., re ArsenX Run - May 5, 2005, LAYNE006770-LAYNE006770_002 | | | | |
| 203. | 6/24/2005 ArsenXnp Manufacturing Scale-up, LAYNE001429-LAYNE001429_002 | | | | |
| 204. | Reserved for use at trial | | | | |
| 205. | 10/28/2005 E-mail, Ted Begg, Purolite, to Sal Briscella, Purolite, et al., re ArsenX Project Update, PURv2_024400 | | | | |
| 206. | 11/16/2005 E-mail, Ed Morassi, SolmeteX, to Francis Boodoo, Purolite, et al., re Changes to ArsenXnp Process, PURv2_005711 | | | | |
| 207. | 11/30/2005 E-mail, Sal Briscella, Purolite, to Jacob Brodie, re pics, with attachment, PURv2_005562-PURv2_005564 | | | | |
| 208. | 2/13/2006 E-mail, Sal Briscella, Purolite, to Jacob Brodie, re ArsenX samples, PURv2_005582-PURv2_005582_002 | | | | |
| 209. | 7/11/2006 E-mail, Sal Briscella, Purolite, to Jacob Brodie, Purolite, et al., re Recent ArsenX batches, PURv2_005597-PURv2_005597_003 | | | | |
| 210. | 11/28/2006 E-mail, Sal Briscella, Purolite, to Francis Boodoo, Purolite, et al., re ArsenX Lot 5031Q/06/2, PURv2_005575-PURv2_005575_002 | | | | |
| 211. | 7/3/2007 E-mail, Sal Briscella, Purolite, to Jacob Brodie, Purolite, et al., re ArsenXnp Composite QC | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|-----|-------------|------|------|------|----------------------|
|  | Report, PURv2_005586-PURv2_005586-_002 |  |  |  |  |
| 212. | 7/11/2007 E-mail, Sal Briscella, Purolite, to Jacob Brodie, Purolite, et al., re ArsenXnp Composite QC Report, PURv2_005587-PURv2_005587_002 |  |  |  |  |
| 213. | 7/19/2007 E-mail, Paul Sylvester, SolmeteX, to Ted Begg, Purolite, et al., re Cycled vs uncycled A500P, PURv2_010593-PURv2_010594_004 |  |  |  |  |
| 214. | 9/11/2007 E-mail, Andres Hernandez, Purolite, to Sal Briscella, Purolite, re Lot 4711T/07/2, PURv2_015980 |  |  |  |  |
| 215. | 2/11/2008 E-mail, Jacob Brodie, Purolite, to Ted Begg, Purolite, et al., re Technical Meeting, PURv2_016072-PURv2_016072_003 |  |  |  |  |
| 216. | 6/20/2008 E-mail Amanda Dolan, Purolite, to Warner Jarnagin, Purolite, et al., re ArsenXnp Issues: Odor and Mn, PURv2_015900 |  |  |  |  |
| 217. | 6/26/2008 E-mail, Warner Jarnagin, Purolite, to Jacob Brodie, Purolite, et al., re ArsenXnp Issues: Odor and Mn, Purv2_0011017-Pur2_0011017_002 |  |  |  |  |
| 218. | 9/15/2008 E-mail, Jacob Brodie, Purolite, to Joe D'alessandro, Purolite, et al., re ArsenXnp QC Report, PURv2_010858 |  |  |  |  |
| 219. | 9/18/2008 E-mail, Jacob Brodie, Purolite, to Joe D'alessandro, Purolite, et al., re ArsenXnp QC Report, PURv2_010861 |  |  |  |  |
| 220. | 4/6/2005 ArsenX$^{np}$ Stirred Process Worksheet, PURv2_011770-PURv2_011772 |  |  |  |  |
| 221. | 5/5/2005 ArsenX$^{np}$ Stirred Process Worksheet, PURv2_011718-PURv2_011721 |  |  |  |  |
| 222. | 5/12/2005 ArsenXnp Stirred Process Worksheet, PURv2_011722-PURv2_011725 |  |  |  |  |
| 223. | 5/31/2005 ArsenXnp Stirred Process Worksheet, PURv2_011781-PURv2_011784 |  |  |  |  |
| 224. | 6/7/2005 ArsenXnp Stirred Process Worksheet, PURv2_011793-PURv2_011796 |  |  |  |  |
| 225. | 7/1/2005 ArsenXnp Stirred Process Worksheet, PURv2_011765-PURv2_011769 |  |  |  |  |
| 226. | 7/8/2005 ArsenXnp Stirred Process Worksheet, PURv2_011686-PURv2_011689 |  |  |  |  |
| 227. | 7/28/2005 ArsenXnp Batch Process Worksheet, PURv2_012133-PURv2_012135 |  |  |  |  |
| 228. | 7/29/2005 ArsenXnp Batch Process Worksheet, PURv2_012138-PURv2_012140 |  |  |  |  |
| 229. | 8/18/2005 ArsenXnp Batch Process Worksheet, PURv2_012124-PURv2_012126 |  |  |  |  |
| 230. | 12/29/2005 ArsenXnp Batch Process Worksheet, PURv2_012626-PURv2_012628 |  |  |  |  |
| 231. | 11/5/2005 ArsenXnp Batch Process Worksheet, PURv2_012293-PURv2_012295 |  |  |  |  |
| 232. | 1/28/2006 ArsenXnp Batch Process Worksheet, |  |  |  |  |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| | PURv2_012771-PURv2_012773 | | | | |
| 233. | 2/24/2006 ArsenXnp Batch Process Worksheet, PURv2_012962-PURv2_012964 | | | | |
| 234. | 3/7/2006 ArsenXnp Batch Process Worksheet, PURv2_013025-PURv2_013026 | | | | |
| 235. | Reserved for use at trial | | | | |
| 236. | 3/18/2006 ArsenXnp Batch Process Worksheet, PURv2_013045-PURv2_013046 | | | | |
| 237. | 1/29/2007 ArsenXnp Batch Process Worksheet, PURv2_013236-PURv2_013238 | | | | |
| 238. | 1/30/2007 ArsenXnp Batch Process Worksheet, PURv2_013239-PURv2_013240 | | | | |
| 239. | Purolite Production Form for FerrIX A33E, Sheet # 4180, PURv2_021094-PURv2_021102 | | | | |
| 240. | 10/15/2009 Purolite Production Form for FerrIX A33E, Sheet # 3057, PURv2_021232-PURv2_021239 | | | | |
| 241. | 8/21/2010 Purolite Production Form for FerrIX A33E, Sheet # 3833, PURv2_020915-PURv2_020923 | | | | |
| 242. | 10/4/2010 Purolite Production Form for FerrIX A33E, Sheet # 6088, PURv2_020995-PURv2_021003 | | | | |
| 243. | 5/20/2009 Water Quality Association Product List for Purolite, LAYNE000791-LAYNE000791_0002 | | | | |
| 244. | 7/6/2006 E-mail, Francis Boodoo, Purolite, to Owen Boyd, SolmeteX, re Safe Landfill Disposal - Freedom from Long-term liability - Article by F. Boodoo in July issue of WQP, LAYNE004561-LAYNE004561_003 | | | | |
| 245. | 10/1/2008 E-mail, Francis Boodoo, Purolite, to Gary Thundercliffe, Purolite, re New Patent awarded to Layne/Solmetex for Anion loaded with metal oxide on August 2008, Purv2_0011335 | | | | |
| 246. | 5/4/2009 E-mail, Jack Evans, Purolite, to Gary Thundercliffe, Purolite, et al., re Discontinuation of ArsenXnp…….Introduction of our FerrIX A33E arsenic removal product, Purv2_0011443-Purv2_0011443_002 | | | | |
| 247. | 5/4/2009 E-mail, Amanda Dolan, Purolite, to Jacob Brodie, Purolite, et al., re order #151224 - arsenxnp, Purv2_0011454 | | | | |
| 248. | Reserved for use at trial | | | | |
| 249. | 4/9/2009 Purolite Product Approval Form for Lot Number 4313X/09/2, PURv2_002233-PURv2_002242 | | | | |
| 250. | 1/21/2010 Purolite Product Approval Form for Product Lot # 4745S/09/2, PURv2_004070-PURv2_004079 | | | | |
| 251. | 1/23/2007 E-mail, James Rosie, Purolite, to Gary Thundercliffe, Purolite, et al., re Arsenx NP, PURv2_019158-PURv2_019158_0005 | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 252. | 9/8/2006 Letter, Francis Boodoo, Purolite, to Dave Salyer, Layne, re Acceptable Flux Rate for Spherical Ion Exchange Beads Like ArsenXnp, PURv2_019395-PURv2_019395_002 | | | | |
| 253. | 3/5/2009 Letter Steven Crooke, Layne, to Don Brodie, Purolite, re Contract Dispute, PURv2_001563 | | | | |
| 254. | 8/16/2011 Rebuttal Expert Report of Dr. Daniel Stack Regarding U.S. Patent Number 7,291,578 | | | | |
| 255. | 9/9/2011 Supplemental Expert Report of Dr. Daniel Stack Regarding U.S. Patent Number 7,291,578 | | | | |
| 256. | 7/29/2011 Expert Report of Dennis Clifford, Ph.D., P.E., BCEE | | | | |
| 257. | 8/23/2011 Rebuttal Report of Dennis Clifford, Ph.D., P.E., BCEE | | | | |
| 258. | 3/11/2008 E-mail, Francis Boodoo, Purolite, to Arup K. SenGupta, Lehigh University, et al., re Potential Violation of ArsenXnp patent, LAYNE004552-LAYNE004552_003 | | | | |
| 259. | 11/19/2008 Letter Steven Crooke, Layne, to Don Brodie, Purolite, re Exclusive Manufacturing, Supply and Distribution agreement Between SolmeteX and The Purolite Company (the "Agreement"), LAYNE010752 | | | | |
| 260. | 4/24/2009 E-mail, Ken Shaner, Purolite, to Andreas Gotthardt, Purolite, no subject, Purv2_0011006-Purv2_0011006_004 | | | | |
| 261. | 4/29/2005 E-mail, Paul Sylvester, SolmeteX, to Teresia Moller, SolmeteX, re Process modification, LAYNE011672-LAYNE011672_0002 | | | | |
| 262. | 4/20/2005 E-mail, Teresia Moeller, SolmeteX, to Paul Sylvester, SolmeteX, et al., re Latest results on ArsenX and KMnO4 wash, with attachment dated 4/20/2005 summary titled The effect of $MnO_4$ contact time on A500P (ArsenX) prior to addition of $FeSO_4$, LAYNE011700-LAYNE011701_0002 | | | | |
| 263. | Test Results for A500P contacted with 80% of stoichiometric KMnO4 + 2% and + 1% NaHCO3 wash, LAYNE011889 | | | | |
| 264. | Test Results for A500P contacted with 80% of stoichiometric KMnO4 + 1% NaHCO3 or 1% NaOH wash, LAYNE011929 | | | | |
| 265. | 12/6/2004 E-mail, Paul Sylvester, SolmeteX, to chriskofer@h2oguy.com, re New resin company?, LAYNE011978 | | | | |
| 266. | Purolite Presentation, Advances in Arsenic _____(Redacted) Remediation, by Francis Boodoo, PURv2_001103-PURv2_001113 | | | | |
| 267. | 6/9/2009 E-mail, Ken Shaner, Purolite, to Jacob Brodie, Purolite, et al., re NSF on Regen and Virgin A33E, Purv2_0011044-Purv2_0011044_002 | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|-----|-------------|------|------|------|-----------------------|
| 268. | 6/9/2009 E-mail, Ken Shaner, Purolite, to Jacob Brodie, Purolite, et al., re NSF on Regen and Virgin A33E, Purv2_0011045-Purv2_0011045_002 | | | | |
| 269. | 9/30/2008 E-mail, Jacob Brodie, Purolite, to Dave Larose, Purolite, et al., re Basin-MPT - Offsite regen service for Arsenic, Purv2_0011344 | | | | |
| 270. | 5/4/2009 E-mail, Jeffrey Singer, Purolite, to Gary Thundercliffe, Purolite, re Ferrix PDS, Purv2_0011382-Purv2_0011382_002 | | | | |
| 271. | 5/29/2009 E-mail, Jeffrey Singer, Purolite, to Jacob Brodie, Purolite, et al., re Discontinuation of ArsenXnp........Introduction of our FerrIX A33E arsenic removal product, Purv2_0011405-Purv2_0011405_006 | | | | |
| 272. | 3/24/2009 Purolite Presentation to Layne Christensen, PURv2_001496-PURv2_001521 | | | | |
| 273. | 5/19/2009 E-mail, Andreas Gotthardt, Purolite, to Ming Guang Chem, Purolite, et al., re FerrIXA33E, Purv2_0011428-Purv2_0011428_002 | | | | |
| 274. | 4/29/2009 E-mail, Edward Belsten, Purolite, to Gary Thundercliffe, Purolite, et al., re Rename of ArsenX, Purv2_0011440-Purv2_0011440_003 | | | | |
| 275. | 5/4/2009 E-mail, Gary Thundercliffe, Purolite, to Andreas Gotthardt, Purolite, et al., re New name for ArsenXnp, Purv2_0011450-Purv2_0011450_002 | | | | |
| 276. | 5/4/2009 E-mail, Jacob Brodie, Purolite, to Darrell Shaffer, Purolite, et al., re order #151224 - arsenxnp, Purv2_0011452-Purv2_0011452_002 | | | | |
| 277. | 4/9/2009 E-mail, Francis Boodoo, Purolite, to Satish Bapat, Purolite, et al., re engineering ArsenXnp, Purv2_0011455-Purv2_0011455_003 | | | | |
| 278. | Purolite Presentation, Ion Exchange, Catalyst and Adsorbent Resin Technology, PURv2_0011459-PURv2_0011459_025 | | | | |
| 279. | 9/12/2008 E-mail, Dave Larose, Purolite, to Jacob Brodie, Purolite, et al., re ArsenXnp and npRIO, PURv2_001429-PURv2_001430 | | | | |
| 280. | 10/11/2009 E-mail, Dave Larose, Purolite, to Jacob Brodie, Purolite, et al., re Purolite FerrIX A33E, PURv2_005515-PURv2_005515_002 | | | | |
| 281. | 11/19/2009 E-mail, Manda McFarland, NSF International, to Jacob Brodie, Purolite, re NSF International - WT14431 - Trade Name Change, PURv2_005532 | | | | |
| 282. | 11/10/2009 E-mail, Kelli Fleischmann, NSF International, to Jacob Brodie, Purolite, re NSF International, PURv2_005533 | | | | |
| 283. | 12/1/2009 E-mail, Dave Larose, Purolite, to Jacob Brodie, Purolite, re FerrIX A33E......380 CF, PURv2_005534-PURv2_005534_002 | | | | |
| 284. | 3/1/2010 E-mail, Chubb Michaud, Purolite, to Reese | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| | Crenshaw, California Department of Public Health, et al., re arsenic reports 07-08 RC update 7Mar08.xls, PURv2_005538 | | | | |
| 285. | 2/27/2006 E-mail, Paul Sylvester, SolmeteX, to Jacob Brodie, Purolite, et al., re Batch 4170Y/06/2, PURv2_006199 | | | | |
| 286. | 5/27/2008 E-mail, Ted Begg, Purolite, to Paul Sylvester, SolmeteX, et al., re Additional complaints for ArsenXnp, PURv2_006423-PURv2_006423_002 | | | | |
| 287. | 2/7/2006 E-mail, Ed Morassi, SolmeteX, to Francis Boodoo, Purolite, et al., re ArsenX Lots 4092Z and 4093Z, PURv2_006947 | | | | |
| 288. | 3/19/2008 E-mail, Paul Sylvester, SolmeteX, to Jacob Brodie, Purolite, re ArsenX Batch 4026Z/08/2, PURv2_009326-PURv2_009326_005 | | | | |
| 289. | 7/5/2005 Letter, Nick Mozzicato, SolmeteX, to Jacob Brodie, Purolite, re Payment Terms, Price, and Reference to Contract, PURv2_009439-PURv2_009439_004 | | | | |
| 290. | 4/24/2007 E-mail, Nick Mozzicato, SolmeteX, to Jacob Brodie, Purolite, re Financial Report, PURv2_009625 | | | | |
| 291. | 4/13/2009 E-mail, Steven Crooke, Layne, to Jacob Brodie, Purolite, re Purolite/Solmetex, PURv2_010920-PURv2_010920_002 | | | | |
| 292. | Purolite Regen Procedure for ArsenX-Np resin, PURv2_011627-PURv2_011627_004 | | | | |
| 293. | 5/6/2009 WQA change to Certified Product Request Application for ArsenXnp, PURv2_013992 | | | | |
| 294. | 5/6/2009 WQA change to Certified Product Request Application for ArsenXnp Regenerated, PURv2_013993 | | | | |
| 295. | 9/30/2008 E-mail, Yoshinari Mori, Purolite, to Francis Boodoo, Purolite, et al., re Nihon Kaisui As/F removal media, PURv2_015759-PURv2_015759_008 | | | | |
| 296. | Reserved for use at trial | | | | |
| 297. | SolmeteX Commission Summary and Purolite Royalty Summaries for Sales of ArsenX, PURv2_021393-PURv2_021440 | | | | |
| 298. | 11/2005 Purolite PuroNews, Volume 5, Issue 11, PURv2_022683-PURv2_022688 | | | | |
| 299. | 7/12/2004 E-mail, Jim Sabzali, Purolite, to lculbert@mcphee-env.com, et al, re Coachella Valley, with 9/16/2004 Press Release attached, PURv2_022756-PURv2_022757 | | | | |
| 300. | 4/3/2006 E-mail, Amanda Dolan, Purolite, to Amanda Dolan, Purolite, with attached 3/3/2006 Letter from Ramesh Ganesan, Purolite, to customer, re Removal of ARSENIC from Drinking Water, PURv2_024356-PURv2_024357 | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 301. | 6/12/2009 E-mail, Amanda Dolan, Purolite, to agcole@represcott.com, re FerrIX A33E, PURv2_024365 | | | | |
| 302. | 5/11/2009 E-mail, Ted Begg, Purolite, to Craig Winter, Suscom-Maine, et al., re Arsenic removal, PURv2_024371 | | | | |
| 303. | Reserved for use at trial | | | | |
| 304. | 4/23/2009 E-mail, Andreas Gotthardt, Purolite, to Gary Thundercliffe, Purolite, et al., re New ArsenX name?, Purv2_0011449-Purv2_0011449_002 | | | | |
| 305. | 5/6/2009 Letter Pamela Cook, Water Quality Association, to Ken Shaner, Purolite, re Change to Certified Product Form, PURv2_005633-PURv2_005633_007 | | | | |
| 306. | Purolite Presentation, ArsenXnp, Nano-Particle Technology for Arsenic Removal from Water, LAYNE000878-LAYNE000878_027 | | | | |
| 307. | ArsenXnp Production Process, LAYNE017748-LAYNE017748_0005 | | | | |
| 308. | 10/22/2008 Weekly Sales Meeting Notes, PURv2_0011369-PURv2_0011369_002 | | | | |
| 309. | 1/12/2006 Fax, Jacob Brodie, Purolite, to Nick Mozzicato, SolmeteX, forwarding SolmeteX Commissions for Sales of ArsenX from September 2005 through December 2005, PURv2_001470-PURv2_001471 | | | | |
| 310. | 2008 Purolite's Mid Year Sales Meeting presentation slides, PURv2_005607-PURv2_005607_010 | | | | |
| 311. | 10/20/2006 Culligan Merchandise Network Pricing for 2007 to Purolite, PURv2_005725-PURv2_005725_002 | | | | |
| 312. | 10/2006 Purolite Proforma, PURv2_005728-PURv2_005730 | | | | |
| 313. | Purolite Presentation titled 2009 Game Plan, PURv2_005753-PURv2_005753_010 | | | | |
| 314. | 7/17/2007 Purolite Contact List, PURv2_005845-PURv2_005845_287 | | | | |
| 315. | Miscellaneous ArsenXnp Lot Disposition Reports from June 2005 through February 2009 | | | | |
| 316. | 4/24/2009 Letter Gary Schreiber, Purolite, to Nicole Reisdorfer, Allied Purchasing, re Price Changes, with new price list attached, PURv2_013794-PURv2_013794_004 | | | | |
| 317. | 8/12/2006 E-mail, Jacob Brodie, Purolite, to Gary Thundercliffe, Purolite, et al., re ArsenXnp higher capacity testing in Romania via column studies, PURv2_019165-PURv2_019165_0002 | | | | |
| 318. | 1/8/2008 E-mail, Gary Thundercliffe, Purolite, to Arup K. SenGupta, Lehigh University, re Overseas Supply of ArsenXnp, SENGUPTA000688- | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| | SENGUPTA000688_0003 | | | | |
| 319. | 4/7/2009 E-mail, Lauren Smolinsky, SolmeteX, to Arup K. SenGupta, Lehigh University, re 2009 Sales, SENGUPTA002593-SENGUPTA002593_0002 | | | | |
| 320. | 6/10/2009 E-mail, Pamela Cook, Water Quality Association, to Margaret Whittaker, ToxServices, re 061009_Initial_Tox_Purolite, WQA_00370 | | | | |
| 321. | 5/13/2009 E-mail, Pamela Cook, Water Quality Association, to Ken Shaner, Purolite, et al., re 051309_FerriX_A33E, WQA_00377 | | | | |
| 322. | 3/10/2004 Non-Disclosure Agreement, LAYNE000096-LAYNE000097 | | | | |
| 323. | 5/1/2009 Letter Robert Sullivan, Darby & Darby, to Steven Crooke, Layne, re Contract Dispute, LAYNE006703 | | | | |
| 324. | 1/15/2009 Letter Don Brodie, Purolite, to Steve Crooke, Layne, re Contract Dispute, LAYNE009900 | | | | |
| 325. | 6/5/2009 Letter Don Brodie, Purolite, to Steven Crooke, Layne, re Contract Dispute, LAYNE010862 | | | | |
| 326. | 6/16/2009 Letter Richard Johnson, Husch Blackwell, to Robert Sullivan, Darby & Darby, re Contract Dispute, LAYNE010884 | | | | |
| 327. | 11/15/2009 Letter Don Brodie, Purolite to Nick Mozzicato, SolmeteX, Contract Dispute, PURv2_001445 | | | | |
| 328. | SolmeteX Royalties Arsenx-np Sales, PURv2_001848 | | | | |
| 329. | 6/4/2009 E-mail, Jacob Brodie, Purolite, to Francis Boodoo, Purolite, re Layne R/T, PURv2_019075_0062-0065 | | | | |
| 330. | Purolite FerrIX Sales Data from January 2011 through December 23, 2011, PURv2_024563 | | | | |
| 331. | Sample of FerrIX A33E from Lot 4814T/11/2 and associated Batch Sheet, PURv2_024460-PURv2_024469 | | | | |
| 332. | Demonstrative sample of FerrIX from lot number 4814T/11/2 | | | | |
| 333. | Purolite FerrIX Sales Data from January 2011 through April 2011, PURv2_022483 | | | | |
| 334. | 10/24/2011 Purolite's Memorandum in Opposition to Layne's Motion for Partial Summary Judgment on its Claim for Breach of Contract (Count II)(SEALED), court docket number 483 | | | | |
| 335. | 1/3/2012 Letter Jacob Brodie, Purolite, to Purolite Customer, re FerriXA33E, LAYNE023859 | | | | |
| 336. | 2008 ArsenX Royalty Calculations, LAYNE023860-LAYNE023863 | | | | |
| 337. | 2009 ArsenX Royalty Calculations, LAYNE023864 | | | | |
| 338. | 2010 ArsenX Royalty Calculations, LAYNE023865-LAYNE023866 | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 339. | 2010 FerrIX Royalty Calculations, LAYNE023867-LAYNE023870 | | | | |
| 340. | 2011 FerrIX Royalty Calculations, LAYNE023871-LAYNE023874 | | | | |
| 341. | 12/23/2011 Memorandum and Order regarding Motions for Summary Judgment, court docket number 559 | | | | |
| 342. | Demonstrative sample of FerrIX from lot number 4244X/09/2 | | | | |
| 343. | 4/3/2009 Purolite's Product Approval Form, for ArsenX-NP lot number 4244X/09/2, PURv2_002117-PURv2_002126 | | | | |
| 344. | 9/15/2009 Declaration of Jacob Brodie in Support of Defendant Purolite's Motion to Transfer and to Dismiss for Failure to Join a Party, court docket number 17 | | | | |
| 345. | 4/7/2010 Declaration of Jacob W. Brodie in Support of Purolite's Motion for Protective Order, court docket number 38-2 | | | | |
| 346. | 10/20/2011 Declaration of Jacob Brodie in Opposition to Plaintiff's Motion for Summary Judgment, court docket number 484 | | | | |
| 347. | 10/21/2011 Declaration of Jacob Brodie in Opposition to Plaintiff's Motion for Summary Judgment, court docket number 493 | | | | |
| 348. | FerrIX Demonstrative | | | | |
| 349. | 2009 Purolite Sales Data for FerrIX, PURv2_021569-PURv2_021574 | | | | |
| 350. | 2006 Purolite Sales Data for FerrIX, PURv2_021441-PURv2_021446 | | | | |
| 351. | 2005 Purolite Sales Data for FerrIX, PURv2_021389-PURv2_021392 | | | | |
| 352. | 2008 Purolite Sales Data for FerrIX, PURv2_021546-PURv2_021553 | | | | |
| 353. | 2007 Purolite Sales Data for FerrIX, PURv2_021447-PURv2_021456 | | | | |
| 354. | 2005-2008 Purolite Intercompany Sales of ArsenXnp, Royalty Calculation and ArsenXnp Sales Data for 2008, PURv2_005479-PURv2_005479_004 | | | | |
| 355. | Purolite 3rd Quarter 2006 Sales Data, PURv2_010006 | | | | |
| 356. | Purolite 4th Quarter 2006 Sales Data, PURv2_021659 | | | | |
| 357. | Purolite 1st Quarter 2007 Sales Data, PURv2_009629 | | | | |
| 358. | Purolite 2nd Quarter 2007 Sales Data, PURv2_021695-PURv2_021696 | | | | |
| 359. | Purolite 3rd Quarter 2007 Sales Data, PURv2_010999 | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 360. | Purolite 4th Quarter 2007 Sales Data, PURv2_021652 | | | | |
| 361. | Purolite 1st Quarter 2008 ArsenX-np Sales Data, PURv2_010991 | | | | |
| 362. | Purolite 2nd Quarter 2008 ArsenX-np Sales Data, PURv2_021669 | | | | |
| 363. | Purolite 3rd Quarter 2008 ArsenX-np Sales Data, PURv2_021755 | | | | |
| 364. | Purolite 4th Quarter 2008 ArsenX-np Sales Data, PURv2_021654 | | | | |
| 365. | Purolite 1st Quarter 2009 ArsenX-np Sales Data, PURv2_021576 | | | | |
| 366. | 5/26/2011 Deposition of Gary Thundercliffe | | | | |
| 367. | 5/25/2011 Deposition of Don Brodie | | | | |
| 368. | 11/22/2011 Deposition of Don Brodie, Vol. II | | | | |
| 369. | 6/10/2011 Deposition of Jacob Brodie | | | | |
| 370. | 9/22/2011 30(b)(6) Deposition of Jacob Brodie | | | | |
| 371. | 5/25/2011 Deposition of Amanda Dolan | | | | |
| 372. | 6/9/2011 Deposition of Ted Begg | | | | |
| 373. | 6/8/2011 Deposition of Francis Boodoo | | | | |
| 374. | 5/27/2011 Deposition of Sal Briscelal | | | | |
| 375. | 5/27/2011 Deposition of Joe D'Allesandro | | | | |
| 376. | 6/7/2011 Deposition of James Sabzali | | | | |
| 377. | 9/15/2011 Deposition of Daniel Stack | | | | |
| 378. | Demonstrative | | | | |
| 379. | Demonstrative | | | | |
| 380. | Demonstrative | | | | |
| 381. | Demonstrative | | | | |
| 382. | Demonstrative | | | | |
| 383. | Demonstrative | | | | |
| 384. | Demonstrative | | | | |
| 385. | Demonstrative | | | | |
| 386. | Demonstrative | | | | |
| 387. | Demonstrative | | | | |
| 388. | Demonstrative | | | | |
| 389. | Demonstrative | | | | |

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 390. | Demonstrative | | | | |
| 391. | Demonstrative | | | | |
| 392. | Demonstrative | | | | |
| 393. | Demonstrative | | | | |
| 394. | Demonstrative | | | | |
| 395. | Demonstrative | | | | |
| 396. | Demonstrative | | | | |
| 397. | Demonstrative | | | | |
| 398. | Demonstrative | | | | |
| 399. | Demonstrative | | | | |
| 400. | Demonstrative | | | | |

Exhibits which will be offered if the need arises:

1. Any documents produced by the parties in response to Rule 26.

2. Additional demonstrative exhibits, including but not limited to charts, schematics, computer animations, models, transparencies, photographs, etc.

3. All exhibits disclosed by further discovery.

4. All necessary rebuttal and impeachment records.

5. All exhibits listed by Defendants.

6. Anything Defendant includes or introduces at trial.

7. All foundation records.

Plaintiffs Layne Christensen Company and Dr. Arup K. SenGupta reserve the right to supplement this exhibit list if any additional information becomes know prior to trial.

Dated: January 23, 2012                    Respectfully submitted,


By:  s/ Patrick D. Kuehl, Jr.
Richard R. Johnson  KS DISTRICT #70257
Jeffrey J. Simon  KS# 15231
Patrick D. Kuehl, Jr.  KS #20113
Aaron J. Mann  KS #20646
HUSCH BLACKWELL LLP
4801 Main, Suite 1000
Kansas City, MO 64112
Telephone:  (816) 983-8000
Facsimile:   (816) 983-8080
dick.johnson@huschblackwell.com
jeff.simon@huschblackwell.com
patrick.kuehl@huschblackwell.com
aaron.mann@huschblackwell.com

*Attorneys for Plaintiff Layne Christensen Company and Dr.
Arup K. SenGupta*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of January 2012, a copy of the foregoing was filed electronically with the above captioned court, with notice of case activity to be generated and sent electronically by the Court's CM/ECF system.


s/ Patrick D. Kuehl, Jr.
Attorney